UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA YAGHSIZIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIMS & HERS HEALTH, INC., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-05321-NW<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to *Sookdeo v. Hims & Hers Health, Inc. et al*, No. 3:25-cv-05315-JD.

**IT IS SO ORDERED.**

Dated: July 3, 2025

_____
NOEL WISE
United States District Judge