UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATALIE HERMAN,

    Plaintiff,

v.

ANDREW DUDUM, et al.,

    Defendants.

Case No. 25-cv-06326-RS

**REFERRAL FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this derivative action is referred to Judge Donato for a determination as to whether it is related within the meaning of the rule to the underlying securities fraud action *Sookdeo v. Hims & Hers Health, Inc. et al.*, Case No. 3:25-cv-05315 and the other cases previously related thereto.

**IT IS SO ORDERED**.

Dated: August 5, 2025

_____
RICHARD SEEBORG
Chief United States District Judge