# EXHIBIT A

Jun 25, 2025 6:45 PM Eastern Daylight Time

# HIMS CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of Hims & Hers Health, Inc. Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Sookdeo v. Hims & Hers Health, Inc., et al.,* Case No. 3:25-cv-05315, on behalf of persons and entities that purchased or otherwise acquired Hims & Hers Health, Inc. ("Hims" or the "Company") (NYSE: HIMS) securities between April 29, 2025 and June 22, 2025, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR HIMS INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On April 29, 2025, Hims announced a long-term collaboration with Novo Nordisk, starting with the immediate sale of "a bundled offering of Novo Nordisk's FDA-approved Wegovy on the Hims & Hers platform."

On June 23, 2025, before the market opened, Novo Nordisk issued a press release announcing that it was terminating its partnership with Hims, "based on Hims & Hers deceptive promotion and selling of illegitimate, knockoff versions of Wegovy that put patient safety at risk." The press release stated that Hims "has failed to adhere to the law which prohibits mass sales of compounded drugs under the false guise of 'personalization.'" The press release further stated "[b]ased on Novo Nordisk's investigation, the 'semaglutide' active pharmaceutical ingredients that are in the knock-off drugs sold by telehealth entities and compounding pharmacies are manufactured by foreign suppliers in China" which "FDA has never authorized or approved" and which may contain "unsafe and illicit foreign ingredients."

On this news, the Company's share price fell $22.24, or 34.6%, to close at $41.98 per share on June 23, 2025, on unusually heavy trading volume.

**What Is the Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Hims was engaged in the "deceptive promotion and selling of illegitimate, knockoff versions of Wegovy that put patient safety at risk;" (2) that, as a result, there was a substantial risk that the Company's collaboration with Novo Nordisk would be terminated; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Hims securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us to Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.