# EXHIBIT C

# Financial Interest Analysis

**Company Name:**    Hims & Hers Health, Inc.
**Ticker:**    HIMS
**Class Period:**    April 29, 2025 to June 23, 2025
**Name:**    Bizhan Shaban

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/2/2025 | 2,000 | $56.0100 | -$112,020.0000 | | $0.0000 | -$112,020.00 |
| 6/26/2025 | -2,000 | | | $45.5200 | $91,040.0000 | $91,040.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$20,980.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $0.00 |
| | | | $50.7314 | | **Total:** | **-$20,980.00** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between June 23, 2025 and August 22, 2025. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.