**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Lai Family Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE,<br><br>Defendants. | Case No.: 3:25-cv-05315-JD<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF LAI FAMILY TRUST'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        October 2, 2025<br>Time:        10:00 a.m.<br>Courtroom:  11-19th Floor<br>Judge:       Hon. James Donato |
| ARA YAGHSIZIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM and OLUYEMI OKUPE,<br><br>Defendants. | Case No.: 5:25-cv-05321-JD |

I, Adam M. Apton, hereby declare as follows:

1.      I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Lai Family Trust and proposed Lead Counsel for the Class.

2.      I submit this Supplemental Declaration, together with the attached exhibits, in support of Lai Family Trust's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A:**     A true and correct copy of Defiance ETFs LLC's webpage regarding HIMZ, Daily Target 2X Long HIMS (Hims & Hers Health Inc.) ETF. The undersigned obtained this information on September 4, 2025 by accessing Defiance ETFs LLC website at https://wordpress-1259241-5249663.cloudwaysapps.com/himz/.

**Exhibit B**:     A true and correct copy of Defiance ETF LLC's Financial Statements April 30, 2025. The undersigned obtained this information on September 4, 2025 by accessing Defiance ETFs LLC website at https://wordpress-1259241-5249663.cloudwaysapps.com/wp-content/uploads/funddocs/Leverage-ETFs/Annual-4-30-25-FinancialStatement.pdf.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 8th day of September, 2025.

/s/ Adam M. Apton
Adam M. Apton

2

SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF LAI FAMILY TRUST'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL