# EXHIBIT A

# Defiance Daily Target 2X Long HIMS ETF

D.

**defianceetfs.com**/himz

Learn More

Defiance Daily Target 2X Long HIMS ETF

## HIMZ, Daily Target 2X Long HIMS (Hims & Hers Health Inc.) ETF

The Defiance Daily Target 2X Long HIMS ETF (the "Fund") seeks daily leveraged investment results of two times (200%) the daily percentage change in the share price of Hims & Hers Health Inc. (NYSE: HIMS) (the "Underlying Security" or "HIMS"). Because the Fund seeks daily leveraged investment results, it is very different from most other exchange-traded funds. It is also riskier than alternatives that do not use leverage. There is no guarantee that the Fund will meet its stated objective. The fund should not be expected to provide 2 times the cumulative return of HIMS for periods greater than a day.

**Underlying Security: Hims & Hers Health, Inc. (NYSE: HIMS)**

Hims & Hers Health, Inc. is a consumer-first health and wellness platform focused on providing modern personalized health and wellness solutions to consumers. HIMS offers access to a range of health and wellness products and services available for customers to purchase through its websites and mobile applications. HIMS is listed on the New York Stock Exchange. Per HIMS's most recent Form 10-K filing, the aggregate market value of the voting and non-voting common equity of HIMS held by non-affiliates as of June 30, 2023 was $1.8 billion.

*The Fund may not achieve investment results, before fees and expenses, that correspond to two times (2x) the daily performance of the underlying security, and may return substantially less during such periods. During such periods, the Fund's actual leverage levels may differ substantially from its intended target, both intraday and at the close of trading, potentially resulting in significantly lower returns.*

## Performance

| | YTD | 1 Month | 3 Months | 6 Months | Since Inception |
|---|---|---|---|---|---|
| **Total Return NAV (%)** | xx.xx% | -61.89% | -66.72% | xx.xx% | -32.62% |
| **Market Price (%)** | xx.xx% | -61.70% | -66.67% | xx.xx% | -32.50% |

The performance data quoted represents past performance. Past performance does not guarantee future results. The investment return and principal value of an investment will fluctuate so that an investor's shares, when sold or redeemed, may be worth more or less than their original cost and current performance may be lower or higher than the performance quoted. Performance current to the most recent month-end can be obtained by calling 833.333.9383. Short term performance, in particular, is not a good indication of the fund's future performance, and an investment should not be made based solely on returns. Market price is the price at which shares in the ETF can be brought or sold on the exchanges during trading hours, while the net asset value (NAV) represents the value of each share's portion of the fund's underlying assets and cash at the end of the trading day.

Data as of 09/04/2025

Net Assets $203.33M

Premium/discount 0.14%

NAV $17.17

Closing Price $17.19

Shares Outstanding 11,845,000

Median 30 Day Spread 0.18%

Fund inception 03/12/2025

Ticker HIMZ

Primary Exchange NASDAQ

CUSIP 88636R248

Fund Holdings 7

NAV Symbol HIMZ.NV

Expense Ratio 1.31%

30 Day SEC Yield*
* Yield as of
The Fund is not suitable for all investors. The Fund is designed to be utilized only by knowledgeable investors who understand the potential consequences of seeking daily leveraged (2X) investment results, understand the risks associated with the use of leverage, and are willing to monitor their portfolios frequently. The Fund is not intended to be used by, and is not appropriate for, investors who do not intend to actively monitor and manage their portfolios. For periods longer than a single day, the Fund will lose money if the Underlying Security's performance is flat, and it is possible that the Fund will lose money even if the Underlying Security's performance increases over a period longer than a single day. An investor could lose the full principal value of his/her investment within a single day.

[View full holdings](#)

| Name | Symbol | Stock price | % Net assets | Shares Held | Market Value |
| --- | --- | --- | --- | --- | --- |
| Hims & Hers Health Inc Swap Cs | 433000106-TRS-10/13/26-L-HIMZ | $48.11 | 76.07% | 2,894,540 | $139,256,319 |
| Hims & Hers Health Inc Swap Bmo | 433000106-TRS-09/30/26-L-HIMZ | $48.11 | 61.36% | 2,335,000 | $112,336,850 |
| Hims & Hers Health Inc Com Swap Cantor | 433000106-TRS-09/22/26-L-HIMZ | $48.11 | 34.29% | 1,305,000 | $62,783,550 |
| Hims & Hers Health Inc Swap Marex | 433000106-TRS-10/02/26-L-HIMZ | $48.11 | 24.64% | 937,800 | $45,117,558 |

| Name | Symbol | Stock price | % Net assets | Shares Held | Market Value |
|---|---|---|---|---|---|
| First American Government Obligations Fund 12/01/2031 | FGXXX | $100.00 | 4.97% | 9,101,219 | $9,101,219 |
| Hims & Hers Health Inc | HIMS | $48.11 | 3.59% | 136,510 | $6,567,496 |
| Cash & Other | Cash&Other | $1.00 | -105.12% | -192,447,131 | $-192,447,131 |

Data as of 09/05/2025. Fund holdings are subject to change at any time and should not be considered recommendations to buy or sell any security.

View full holdings

2025 Distribution Schedule

| Declaration Date | Ex-Div Date | Record Date | Payable Date | Amount ($) |
|---|---|---|---|---|
| 12/30/2025 | 12/31/2025 | 12/31/2025 | 01/02/2026 | — |