# EXHIBIT B

**Item 7. Financial Statements and Financial Highlights for Open-End Investment Companies.**



# Financial Statements
# April 30, 2025

**Tidal Trust II**

| | | |
|---|---|---|
| • Defiance Daily Target 2X Long AVGO ETF | \| AVGX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long HIMS ETF | \| HIMZ | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long HOOD ETF | \| HOOX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long IONQ ETF | \| IONX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long LLY ETF | \| LLYX | \| NYSE Arca, Inc. |
| • Defiance Daily Target 2X Long MSTR ETF | \| MSTX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long NVO ETF | \| NVOX | \| NYSE Arca, Inc. |
| • Defiance Daily Target 2X Long ORCL ETF | \| ORCX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long RGTI ETF | \| RGTX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long RIOT ETF | \| RIOX | \| NYSE Arca, Inc. |
| • Defiance Daily Target 2X Long RKLB ETF | \| RKLX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long SMCI ETF | \| SMCX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Long SOFI ETF | \| SOFX | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Short MSTR ETF | \| SMST | \| The Nasdaq Stock Market, LLC |
| • Defiance Daily Target 2X Short SMCI ETF | \| SMCZ | \| The Nasdaq Stock Market, LLC |

**Defiance ETFs**

# Table of Contents

| | Page |
|---|---|
| Schedules of Investments & Total Return Swaps Contracts | |
| Defiance Daily Target 2X Long AVGO ETF | 1 |
| Defiance Daily Target 2X Long HIMS ETF | 2 |
| Defiance Daily Target 2X Long HOOD ETF | 3 |
| Defiance Daily Target 2X Long IONQ ETF | 4 |
| Defiance Daily Target 2X Long LLY ETF | 5 |
| Defiance Daily Target 2X Long MSTR ETF | 6 |
| Defiance Daily Target 2X Long NVO ETF | 7 |
| Defiance Daily Target 2X Long ORCL ETF | 8 |
| Defiance Daily Target 2X Long RGTI ETF | 9 |
| Defiance Daily Target 2X Long RIOT ETF | 10 |
| Defiance Daily Target 2X Long RKLB ETF | 11 |
| Defiance Daily Target 2X Long SMCI ETF | 12 |
| Defiance Daily Target 2X Long SOFI ETF | 13 |
| Defiance Daily Target 2X Short MSTR ETF | 14 |
| Defiance Daily Target 2X Short SMCI ETF | 15 |
| Statements of Assets and Liabilities | 16 |
| Statements of Operations | 19 |
| Statements of Changes in Net Assets | 22 |
| Financial Highlights | 26 |
| Notes to the Financial Statements | 41 |
| Report of Independent Registered Public Accounting Firm | 81 |
| Other Non-Audited Information | 83 |

**Notes to Financial Statements**      **Defiance ETFs**

April 30, 2025

| | | |
|---|---|---|
| **NVOX ETF** | - | - |
| **ORCX ETF** | - | - |
| **RGTX ETF** | - | - |
| **RIOX ETF** | - | - |
| **RKLX ETF** | - | - |
| **SMCX ETF** | (21,165,601) | 21,165,601 |
| **SOFX ETF** | - | - |
| **SMST ETF** | - | - |
| **SMCZ ETF** | - | - |

## NOTE 3 – PRINCIPAL INVESTMENT RISKS

A. *AVGO Risks.* The AVGX ETF invests in swap contracts that are based on the share price of AVGO. This subjects the Fund to certain of the same risks as if it owned shares of AVGO, even though it does not. By virtue of the Fund's investments in swap contracts that are based on the value of AVGO, the Fund may also be subject to the following risks:

*Indirect Investment in AVGO Risk.* AVGO is not affiliated with the Trust, the Fund, or the Adviser, or their respective affiliates and is not involved with this offering in any way and has no obligation to consider your Shares in taking any corporate actions that might affect the value of Shares. Investors in the Fund will not have voting rights and will not be able to influence management of AVGO but will be exposed to the performance of AVGO. Investors in the Fund will not have the right to receive dividends or other distributions or any other rights with respect to AVGO but will be subject to declines in the performance of AVGO.

*AVGO Trading Risk.* The trading price of AVGO may be subject to volatility and could experience wide fluctuations due to various factors. The semiconductors industry, including AVGO, operates within a market that has historically witnessed significant price and volume fluctuations, sometimes unrelated to the companies' operating performance. Short sellers may also play a significant role in trading AVGO, potentially affecting the supply and demand dynamics and contributing to market price volatility. Public perception and external factors beyond the company's control may influence AVGO's share price disproportionately, as AVGO often receives heightened public attention regardless of its operational performance. Additionally, following periods of market volatility, companies, including AVGO, have faced securities class action litigation. AVGO has been subject to such litigation in the past and continues to defend against such actions. However, any adverse judgment or future stockholder litigation could result in substantial costs and divert management's attention and resources. In the event of a halt in trading of AVGO, trading in shares of related funds may be impacted, either temporarily or indefinitely.

*AVGO Performance Risk.* AVGO may fail to meet its publicly announced guidelines or other expectations about its business, which could cause the price of AVGO to decline. AVGO provides guidance regarding its expected financial and business performance, such as projections regarding sales and production, as well as anticipated future revenues, gross margins, profitability and cash flows. Correctly identifying key factors affecting business conditions and predicting future events is inherently an uncertain process, and the guidance AVGO provides may not ultimately be accurate and has in the past been inaccurate in certain respects, such as the timing of new product manufacturing ramps. The guidance is based on certain assumptions such as those relating to global and local economic conditions, anticipated production and sales volumes (which generally are not linear throughout a given period), average sales prices, supplier and commodity costs, and planned cost

**Notes to Financial Statements**                                    **Defiance ETFs**

April 30, 2025

reductions. If AVGO's guidance is not accurate or varies from actual results due to its inability to meet the assumptions or the impact on its financial performance that could occur as a result of various risks and uncertainties, the market value of common stock issued by AVGO could decline significantly.

*Business and Operational Risks.* AVGO faces numerous business and operational risks, including adverse global economic conditions that could negatively impact operations. Compliance with governmental regulations and trade restrictions may result in significant expenses, and failure to comply could lead to the cessation of product manufacture and distribution, administrative proceedings, and civil or criminal penalties. Global political and economic instability, along with the failure to realize expected benefits from the VMware, LLC merger, further pose challenges. The company also encounters risks related to acquisitions, investments, joint ventures, and dispositions, which could adversely affect financial results. Additionally, dependency on senior management and the ability to attract and retain qualified personnel are critical to executing AVGO's business strategy effectively.

*Technological and Cybersecurity Risks.* AVGO is subject to technological and cybersecurity risks, including potential impairments to the confidentiality, integrity, or availability of IT systems and those of corporate infrastructure vendors, which could have a material adverse effect on the business. Operating in the highly cyclical semiconductor industry, AVGO's sales are largely dependent on a small number of customers, and any reduction in demand or loss of significant customers could adversely affect the business. Reliance on contract manufacturing and suppliers of critical components within the supply chain, along with the need to purchase materials from a limited number of suppliers, may impact AVGO's ability to bring products to market. Furthermore, failure to adjust manufacturing and supply chains to meet customer demand accurately could adversely affect operational results.

*Legal, Environmental, and Market Risks.* AVGO is involved in various legal proceedings, including intellectual property, securities litigation, and employee-related claims, which could adversely affect the business. The company's growth in the software segment depends on customer acceptance of newer products and services, and incompatibility with operating environments or third-party products could decrease demand. Failure to enter into satisfactory software license agreements and the availability of licensed third-party software are additional concerns. Environmental, social, and governance (ESG) matters, compliance with privacy and data security laws, and adherence to environmental, health, and safety regulations could increase costs and restrict operations. Rapidly decreasing average selling prices of semiconductor products and fluctuations in foreign exchange rates also pose significant risks.

*Financial and Stock-Related Risks.* AVGO's financial health is affected by substantial indebtedness, which could hinder the ability to execute business strategies. Instruments governing indebtedness impose restrictions, and servicing debt requires significant cash flows, potentially impacting business operations. The volatility of AVGO's stock price may result in substantial losses for investors and trigger class action litigation against the company and its management. Stock repurchase fluctuations, the concentration of stock held by a small number of large investors, and uncertainties regarding the continuation of cash dividends further contribute to financial risks. Changes in tax legislation, the maintenance of tax concessions, and potential tax liabilities from VMware's former association with Dell also significantly impact AVGO's financial position and operating results.

B.   *HIMS Risks.* The HIMZ ETF invests in swap contracts and options that are based on the share price of HIMS. This subjects the Fund to certain of the same risks as if it owned shares of HIMS, even though it does not. By virtue of the Fund's investments in swap contracts and options that are based on the value of HIMS, the Fund may also be subject to the following risks:

*Indirect Investment in HIMS Risk.* HIMS is not affiliated with the Trust, the Fund, or the Adviser, or their respective affiliates and is not involved with this offering in any way and has no obligation to consider your Shares in taking any corporate actions that might affect the value of Shares. Investors in the Fund will not have voting rights and will not be able to influence management of HIMS but will be exposed to the performance of HIMS. Investors in the Fund will not have the right to receive dividends or other distributions or any other rights with respect to HIMS but will be subject to declines in the performance of HIMS.

*HIMS Trading Risk.* The trading price of HIMS may be subject to volatility and could experience wide fluctuations due to various factors. Short sellers may also play a significant role in trading HIMS, potentially affecting the supply and demand dynamics and contributing to market price volatility. Public perception and external factors beyond the company's control may influence HIMS's stock price disproportionately. Additionally, following periods of market volatility, companies have

## Notes to Financial Statements                                              Defiance ETFs

April 30, 2025

faced securities class action litigation. Any adverse judgment or future stockholder litigation could result in substantial costs and divert management's attention and resources. In the event of a halt in trading of HIMS, trading in shares of related funds may be impacted, either temporarily or indefinitely.

*HIMS Performance Risk.* HIMS may fail to meet its publicly announced guidelines or other expectations about its business, which could cause the price of HIMS to decline. HIMS provides guidance regarding its expected financial and business performance, such as projections regarding sales and production, as well as anticipated future revenues, gross margins, profitability and cash flows. Correctly identifying key factors affecting business conditions and predicting future events is inherently an uncertain process, and the guidance HIMS provides may not ultimately be accurate. If HIMS's guidance is not accurate or varies from actual results due to its inability to meet the assumptions or the impact on its financial performance that could occur as a result of various risks and uncertainties, the market value of common stock issued by HIMS could decline significantly.

*Healthcare Providers & Services Industry Risks.* The healthcare providers and services industry can be significantly affected by changing economic conditions, evolving patient demographics, and fluctuations in demand for healthcare services. Profitability in this industry is often dependent on reimbursement rates from government programs and private payors, as well as the ability to manage operational costs effectively. Changes in healthcare regulations and policies, including those related to insurance coverage and reimbursement, can materially impact the industry. Companies in the healthcare providers and services industry are subject to extensive and frequently changing government regulation, which may affect the scope of their activities, the rates they can charge for services, and their compliance costs. Additionally, the industry faces risks related to litigation, operational disruptions, and evolving technologies that may alter traditional service delivery models.

*Business Risks.* HIMS's limited operating history and evolving business model make it difficult to evaluate its prospects, and fluctuations in its operational results and key performance metrics could lead to unmet investor expectations. The ability to expand offerings, attract and retain customers, and navigate evolving privacy, healthcare, and regulatory frameworks is critical; failure in these areas could materially and adversely impact HIMS's business and financial condition. HIMS operates in highly competitive markets, facing challenges from established healthcare providers, retailers, pharmaceutical companies, and technology firms, which may affect its competitive position. Additionally, the success of HIMS is heavily reliant on its brand reputation, relationships with healthcare providers and medical groups, and compliance with complex healthcare and pharmacy regulations. Security breaches, data loss, legal proceedings, or regulatory changes could harm its operations and reputation. HIMS may require additional capital to support growth, which may not be available on favorable terms. Furthermore, its dual-class stock structure concentrates voting power with the company's CEO, limiting investors' influence on critical decisions.

C.  *HOOD Risks.* The HOOX ETF invests in swap contracts and options that are based on the share price of HOOD. This subjects the Fund to certain of the same risks as if it owned shares of HOOD, even though it does not. By virtue of the Fund's investments in swap contracts and options that are based on the value of HOOD, the Fund may also be subject to the following risks:

*Indirect Investment in HOOD Risk.* HOOD is not affiliated with the Trust, the Fund, or the Adviser, or their respective affiliates and is not involved with this offering in any way and has no obligation to consider your Shares in taking any corporate actions that might affect the value of Shares. Investors in the Fund will not have voting rights and will not be able to influence management of HOOD but will be exposed to the performance of HOOD. Investors in the Fund will not have the right to receive dividends or other distributions or any other rights with respect to HOOD but will be subject to declines in the performance of HOOD.

*HOOD Trading Risk.* The trading price of HOOD may be subject to volatility and could experience wide fluctuations due to various factors. Short sellers may also play a significant role in trading HOOD, potentially affecting the supply and demand dynamics and contributing to market price volatility. Public perception and external factors beyond the company's control may influence HOOD's stock price disproportionately. Additionally, following periods of market volatility, companies have faced securities class action litigation. Any adverse judgment or future stockholder litigation could result in substantial costs and divert management's attention and resources. In the event of a halt in trading of HOOD, trading in shares of related funds may be impacted, either temporarily or indefinitely.

*HOOD Performance Risk.* HOOD may fail to meet its publicly announced guidelines or other expectations about its business, which could cause the price of HOOD to decline. HOOD provides guidance regarding its expected financial and business