ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
DARREN J. ROBBINS (168593)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HIMS & HERS HEALTH, INC., et al.,<br><br>Defendants. | Case No. 3:25-cv-05315-JD<br><br>CLASS ACTION<br><br>DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF JAMES A. SCHALTER'S OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS<br><br>DATE:          October 2, 2025<br>TIME:          10:00 a.m.<br>CTRM:        11, 19th Floor<br>JUDGE:        Hon. James Donato |

4919-5106-1351

I, DARREN J. ROBBINS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for James A. Schalter and the class.  I make this declaration in support of James A. Schalter's Opposition to Competing Lead Plaintiff Motions.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached is a true and correct copy of the following exhibit:

Exhibit 1:    Defiance Daily Target 2X Long HIMS ETF Prospectus.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of September, 2025.

s/ Darren J. Robbins
DARREN J. ROBBINS

DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF JAMES A. SCHALTER'S OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS - 3:25-cv-05315-JD                                                    - 1 -
4919-5106-1351