**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Lai Family Trust*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE,<br><br>Defendants. | Case No.: 3:25-cv-05315-JD<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF LAI FAMILY TRUST'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          October 2, 2025<br>Time:          10:00 a.m.<br>Courtroom:   11-19th Floor<br>Judge:         Hon. James Donato |
| ARA YAGHSIZIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM and OLUYEMI OKUPE,<br><br>Defendants. | Case No.: 5:25-cv-05321-JD |

I, Adam M. Apton, hereby declare as follows:

1. I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Lai Family Trust and proposed Lead Counsel for the Class.

2. I submit this Supplemental Declaration, together with the attached exhibits, in further support of Lai Family Trust's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A:** A true and correct copy of the certification signed by Matthew Winn, on behalf of The St. John Family Trust U/A DTD 08/19/1991 filed in *Liles v. SoundHound AI, Inc.*, No. 25-CV-02915-RFL, 2025 WL 1937541, at *1 (N.D. Cal. July 14, 2025). The court appointed St. John Family Trust as a lead plaintiff.

**Exhibit B**: A true and correct copy of the certification signed by Frank Zarabi and Desiree Zarabi, as Trustees for the Zarabi Family Trust Dated September 3, 1992 filed in *Shelby Twp. Police & Fire Ret. Sys. v. Celsius Holdings, Inc.*, No. 24-CV-81472, 2025 U.S. Dist. LEXIS 37307 (S.D. Fla. Mar. 3, 2025). The court appointed Zarabi Family Trust to serve as lead plaintiff.

**Exhibit C**: A true and correct copy of the certification signed by Kenneth Kamholz, on behalf of The KL Kamholz Joint Revocable Trust filed in *In re B. Riley Financial, Inc. Sec. Litig.*, No. 2:24-cv-00662-SPG-AJR, 2024 U.S. Dist. LEXIS 236720 (C.D. Cal. Feb. 4, 2025). The court appointed KL Kamholz Joint Revocable Trust to serve as the lead plaintiff.

**Exhibit D**: A true and correct copy of the certification signed by Rise Speigel as administrator for the California Ironworkers Field Pension Trust filed in the *California Ironworkers Field Pension Trust Scheller v. Nutanix, Inc.*, No. 19-CV-01651-WHO, 2021 U.S. Dist. LEXIS 112372 (N.D. Cal. June 10, 2021). The court appointed California Ironworks Field Pension Trust to serve as lead plaintiff.

**Exhibit E**: A true and correct copy of the certifications signed by William T. Higgs, as the Trustee of the William T. Higgs Trust, and on behalf of the Power Holding Corporation filed in the *Ruckel v. Ford Motor Co.*, No. 17-CV-13536, 2018 U.S. Dist. LEXIS 19656, at *7 (E.D. Mich. Feb. 7,

2018). The court appointed William T. Higgs Trust and the November Family Trust DD 5/5/1983 to serve as lead plaintiffs.

**Exhibit F**:    A true and correct copy of the certifications signed by Sau-Ching Wong on behalf of the WONG 2015 Charitable Remainder Trust, UA September 11, 2015; Calvin Wong 2015 Charitable Remainder Unitrust UA September 11, 2015; Ivan Wong 2015 Charitable Remainder Unitrust UA September 22, 2015; and Benjamin Wong 2015 Charitable Remainder Unitrust UA September 22, 2015 filed in *Nurlybaev v. ZTO Express (Cayman) Inc.*, No. 17CV06130LTSSN, 2017 U.S. Dist. LEXIS 187238, at *2 (S.D.N.Y. Nov. 13, 2017). The court appointed Wong Family Trusts to serve as lead plaintiff.

**Exhibit G**:    A true and correct copy of the certification signed by Robert H. Nagle as administrator for the City of Miami Fire Fighters' and Police Officers' Retirement Trust filed in *Curry v. Yelp Inc.*, No. 14-CV-03547-JST, 2014 U.S. Dist. LEXIS 161042, at *4 (N.D. Cal. Nov. 17, 2014). The court appointed City of Miami Fire Fighters' and Police Officers' Retirement Trust to serve as lead plaintiff.

**Exhibit H**:    A true and correct copy of the complaint and certification signed by Earl Seymour as Chariman of the Board of the Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust filed in *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Tr. on behalf of Wells Fargo & Co. v. Stumpf*, No. C 11-2369 SI, 2011 U.S. Dist. LEXIS 86421 (N.D. Cal. Aug. 3, 2011). Plaintiff "Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust" filed suit and served as a lead plaintiff.

**Exhibit I**:    A true and correct copy of the certification signed individually by Willy Lai.

I declare under penalty of perjury under that the foregoing facts are true and correct. Executed this 15th day of September, 2025.

/s/ Adam M. Apton
Adam M. Apton

3