# EXHIBIT A

Docusign Envelope ID: BE4CC7B5-D031-4731-80C2-91B1ABC7DD19

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Matthew Winn, on behalf of The St. John Family Trust U/A DTD 08/19/1991 (the "Trust"), as Trustee, with authority to bind the Trust and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against SoundHound AI, Inc. ("SoundHound") and authorize the filing of a comparable complaint on behalf of the Trust.

3.      The Trust did not purchase or acquire SoundHound securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      The Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired SoundHound securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of the Trust's transactions in SoundHound securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, the Trust has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      The Trust agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: BF4CC7BF-D031-4731-80C2-01B1ABC7DD19

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** <u>5/27/2025</u>
                    **(Date)**

Signed by:

85EFD914CEB04CA...
                **(Signature)**

**Matthew Winn**
**Trustee**
**The St. John Family Trust U/A DTD 08/19/1991**

**SoundHound AI, Inc. (SOUN)**                          **St. John Family Trust U/A DTD 08/19/1991**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/26/2024 | 15,100 | $24.6453 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, PAYAL DAVE, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against SoundHound AI, Inc. ("SoundHound") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire SoundHound securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired SoundHound securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in SoundHound securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America

Docusign Envelope ID: F1471D79-D579-4280-8423-C1D7914CEAFC

that the foregoing is true and correct.

**Executed**  $\underline{\text{April 10, 2025}}$
$\qquad$ **(Date)**

DocuSigned by:

*Payal Dave*

747E97B2352E439...
$\qquad$ **(Signature)**

 **PAYAL DAVE**
$\qquad$
**(Type or Print Name)**

**SoundHound AI, Inc. (SOUN)**                                                          **Payal Dave**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase/Acquisition | 12/20/2024 | 6,110 | $20.6585 |
| Purchase/Acquisition | 12/23/2024 | 6,370 | $20.7899 |
| Purchase/Acquisition | 12/26/2024 | 6,131 | $23.4700 |
| Sale | 12/20/2024 | (6,110) | $21.6900 |
| Sale | 12/26/2024 | (6,370) | $22.5800 |
| | | | |
| Account 2 | | | |
| Purchase/Acquisition | 12/16/2024 | 26,870 | $18.9243 |
| Purchase/Acquisition | 12/18/2024 | 36,257 | $23.1587 |
| Purchase/Acquisition | 12/20/2024 | 33 | $21.1578 |
| Purchase/Acquisition | 12/26/2024 | 4,999 | $23.0000 |
| Purchase/Acquisition | 12/27/2024 | 3,208 | $23.9595 |
| Purchase/Acquisition | 12/30/2024 | 5,300 | $22.1143 |
| Purchase/Acquisition | 12/31/2024 | 5,330 | $21.5600 |
| Purchase/Acquisition | 1/3/2025 | 4,546 | $21.7700 |
| Purchase/Acquisition | 1/15/2025 | 206 | $14.4000 |
| Purchase/Acquisition | 1/16/2025 | 462 | $14.4000 |
| Purchase/Acquisition | 1/22/2025 | 1,710 | $16.4000 |
| Sale | 12/16/2024 | (26,870) | $19.5403 |
| Sale | 12/18/2024 | (23,827) | $23.5208 |
| Sale | 12/20/2024 | (1,670) | $21.0606 |
| Sale | 12/26/2024 | (5,000) | $22.5800 |
| Sale | 12/27/2024 | (7,000) | $24.0286 |
| Sale | 12/30/2024 | (5,300) | $22.6601 |
| Sale | 1/3/2025 | (5,300) | $21.8500 |
| Sale | 1/10/2025 | (5,550) | $14.0305 |
| Sale | 1/21/2025 | (668) | $16.4900 |
| Sale | 1/28/2025 | (1,650) | $13.8809 |
| Sale | 2/24/2025 | (2,780) | $9.4907 |