# EXHIBIT B

## CERTIFICATION OF FRANK ZARABI AND DESIREE ZARABI

We, Frank Zarabi and Desiree Zarabi, as Trustees for the Zarabi Family Trust Dated September 3, 1992 (the "Trust"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      We are familiar with the matters set forth herein.

2.      We have reviewed the first complaint in the above-captioned securities class action against Celsius Holdings, Inc. ("Celsius") and the other defendants, and we authorize the filing of this motion on behalf of the Trust.

3.      The Trust did not purchase or acquire the securities of Celsius at the direction of counsel, or in order to participate in any private action.

4.      The Trust is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this Certification is a list of the Trust's transactions during the Class Period in Celsius securities that are the subject of the above-captioned action.

6.      During the three-year period preceding the date of this certification, neither we nor the Trust have sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws of the United States.

7.      The Trust will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the Court.

8.     We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January, 2025.

_____
Frank Zarabi, as Trustee for the Zarabi Family Trust
Dated September 3, 1992

_____
Desiree Zarabi, as Trustee for the Zarabi Family Trust
Dated September 3, 1992

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| | | **Common Stock** | |
| Buy | 4/8/2024 | 14 | $83.43 |
| Buy | 4/8/2024 | 14 | $83.44 |
| Buy | 4/8/2024 | 455 | $83.45 |
| Buy | 4/8/2024 | 100 | $83.62 |
| Buy | 4/8/2024 | 211 | $83.63 |
| Buy | 4/8/2024 | 1,371 | $83.64 |
| Buy | 4/8/2024 | 595 | $83.65 |
| Buy | 4/8/2024 | 2,723 | $83.65 |
| Buy | 4/8/2024 | 4,517 | $83.65 |
| Buy | 4/8/2024 | 5,000 | $83.35 |
| Buy | 4/8/2024 | 4,500 | $83.33 |
| Buy | 4/8/2024 | 500 | $83.33 |
| Buy | 4/8/2024 | 5,000 | $83.06 |
| Buy | 4/8/2024 | 5,000 | $83.04 |
| Buy | 4/8/2024 | 5,000 | $83.05 |
| Buy | 4/8/2024 | 5,000 | $83.07 |
| Buy | 4/8/2024 | 5,000 | $83.13 |
| Buy | 4/8/2024 | 5,000 | $83.14 |
| Buy | 4/8/2024 | 5,000 | $83.15 |
| Buy | 4/8/2024 | 5,000 | $83.16 |
| Buy | 4/8/2024 | 5,000 | $83.17 |
| Buy | 4/8/2024 | 5,000 | $83.19 |
| Buy | 4/8/2024 | 715 | $83.19 |
| Buy | 4/8/2024 | 4,285 | $83.20 |
| Buy | 4/8/2024 | 5,000 | $83.18 |
| Buy | 4/8/2024 | 3,000 | $83.19 |
| Buy | 4/8/2024 | 2,000 | $83.21 |
| Buy | 4/8/2024 | 5,000 | $83.22 |
| Buy | 4/8/2024 | 5,000 | $83.21 |
| Buy | 4/8/2024 | 5,000 | $85.25 |
| Buy | 4/10/2024 | 5,000 | $85.01 |
| Buy | 4/10/2024 | 5,000 | $84.99 |
| Buy | 4/10/2024 | 5,000 | $85.02 |
| Buy | 4/10/2024 | 5,000 | $85.00 |
| Buy | 4/11/2024 | 5,000 | $82.10 |
| Buy | 4/11/2024 | 5,000 | $82.00 |
| Buy | 5/6/2024 | 14 | $78.88 |
| Buy | 5/6/2024 | 200 | $78.89 |
| Buy | 5/6/2024 | 786 | $78.90 |
| Buy | 5/6/2024 | 1,000 | $78.89 |
| Buy | 5/6/2024 | 1,000 | $78.91 |
| Buy | 5/6/2024 | 1,000 | $78.89 |
| Buy | 5/6/2024 | 1,000 | $78.89 |
| Buy | 5/8/2024 | 432 | $72.92 |
| Buy | 5/8/2024 | 42 | $72.81 |
| Buy | 5/8/2024 | 375 | $72.78 |
| Buy | 5/8/2024 | 2,000 | $72.79 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

**Common Stock**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 5/8/2024 | 1,728 | $73.05 |
| Buy | 5/8/2024 | 2,337 | $73.04 |
| Buy | 5/8/2024 | 4,320 | $73.43 |
| Buy | 5/8/2024 | 10,000 | $72.98 |
| Buy | 5/8/2024 | 1,800 | $73.14 |
| Buy | 5/8/2024 | 5,539 | $73.09 |
| Buy | 5/8/2024 | 997 | $73.17 |
| Buy | 5/8/2024 | 100 | $72.89 |
| Buy | 5/8/2024 | 340 | $72.91 |
| Buy | 5/8/2024 | 57 | $72.93 |
| Buy | 5/8/2024 | 100 | $72.94 |
| Buy | 5/8/2024 | 2,609 | $72.95 |
| Buy | 5/8/2024 | 200 | $74.60 |
| Buy | 5/8/2024 | 3,000 | $74.57 |
| Buy | 5/8/2024 | 120 | $74.60 |
| Buy | 5/8/2024 | 200 | $74.61 |
| Buy | 5/8/2024 | 280 | $74.62 |
| Buy | 5/8/2024 | 4,400 | $74.64 |
| Buy | 5/8/2024 | 5,000 | $74.57 |
| Buy | 5/8/2024 | 5,000 | $74.51 |
| Buy | 5/8/2024 | 5,000 | $74.55 |
| Buy | 5/8/2024 | 5,000 | $74.28 |
| Buy | 5/8/2024 | 5,000 | $74.49 |
| Buy | 5/8/2024 | 200 | $74.44 |
| Buy | 5/8/2024 | 100 | $74.45 |
| Buy | 5/8/2024 | 4,700 | $74.48 |
| Buy | 5/8/2024 | 5,000 | $74.29 |
| Buy | 5/8/2024 | 1,504 | $73.00 |
| Buy | 5/8/2024 | 396 | $73.02 |
| Buy | 5/8/2024 | 200 | $73.03 |
| Buy | 5/8/2024 | 100 | $73.04 |
| Buy | 5/8/2024 | 100 | $73.05 |
| Buy | 5/8/2024 | 325 | $73.06 |
| Buy | 5/8/2024 | 150 | $73.07 |
| Buy | 5/8/2024 | 525 | $73.08 |
| Buy | 5/8/2024 | 6,700 | $73.09 |
| Buy | 5/8/2024 | 7 | $72.99 |
| Buy | 5/8/2024 | 1,706 | $73.00 |
| Buy | 5/8/2024 | 1 | $73.01 |
| Buy | 5/8/2024 | 2 | $73.02 |
| Buy | 5/8/2024 | 8,284 | $73.02 |
| Buy | 5/8/2024 | 14,461 | $73.17 |
| Buy | 5/8/2024 | 20,000 | $73.10 |
| Buy | 5/8/2024 | 5,797 | $73.27 |
| Buy | 5/8/2024 | 10,000 | $72.97 |
| Buy | 5/8/2024 | 10,000 | $72.96 |
| Buy | 5/8/2024 | 10,000 | $72.94 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| | Common Stock | | |
| --- | --- | --- | --- |
| Transaction Type | Trade Date | Quantity | Price |
| Buy | 5/8/2024 | 83 | $72.81 |
| Buy | 5/8/2024 | 500 | $72.63 |
| Buy | 5/8/2024 | 1,000 | $72.93 |
| Buy | 5/8/2024 | 3,000 | $73.02 |
| Buy | 5/8/2024 | 2,568 | $73.01 |
| Buy | 5/8/2024 | 10,000 | $72.97 |
| Buy | 5/8/2024 | 10,000 | $72.95 |
| Buy | 5/8/2024 | 10,000 | $72.96 |
| Buy | 5/8/2024 | 10,000 | $73.08 |
| Buy | 5/8/2024 | 8,000 | $72.79 |
| Buy | 5/8/2024 | 2,000 | $72.80 |
| Buy | 5/8/2024 | 935 | $73.02 |
| Buy | 5/8/2024 | 5,000 | $72.77 |
| Buy | 5/8/2024 | 8 | $72.59 |
| Buy | 5/8/2024 | 598 | $72.59 |
| Buy | 5/8/2024 | 210 | $72.60 |
| Buy | 5/8/2024 | 4,184 | $72.61 |
| Buy | 5/8/2024 | 5,000 | $72.75 |
| Buy | 5/8/2024 | 5,000 | $72.95 |
| Buy | 5/8/2024 | 5,000 | $72.96 |
| Buy | 5/8/2024 | 5,000 | $72.94 |
| Buy | 5/8/2024 | 4,407 | $72.94 |
| Buy | 5/8/2024 | 593 | $72.95 |
| Buy | 5/8/2024 | 5,000 | $72.97 |
| Buy | 5/8/2024 | 5,000 | $73.17 |
| Buy | 5/8/2024 | 5,000 | $73.19 |
| Buy | 5/8/2024 | 5,000 | $73.18 |
| Buy | 5/8/2024 | 5,000 | $73.40 |
| Buy | 5/8/2024 | 5,000 | $73.00 |
| Buy | 5/8/2024 | 100 | $73.07 |
| Buy | 5/8/2024 | 200 | $73.10 |
| Buy | 5/8/2024 | 500 | $73.14 |
| Buy | 5/8/2024 | 3,597 | $73.17 |
| Buy | 5/8/2024 | 603 | $73.25 |
| Buy | 5/8/2024 | 5,000 | $73.26 |
| Buy | 5/8/2024 | 5,000 | $73.27 |
| Buy | 5/8/2024 | 100 | $73.33 |
| Buy | 5/8/2024 | 4,900 | $73.35 |
| Buy | 5/8/2024 | 5,000 | $73.36 |
| Buy | 5/8/2024 | 100 | $73.30 |
| Buy | 5/8/2024 | 200 | $73.32 |
| Buy | 5/8/2024 | 67 | $73.33 |
| Buy | 5/8/2024 | 4,633 | $73.34 |
| Buy | 5/8/2024 | 680 | $73.36 |
| Buy | 5/8/2024 | 247 | $73.47 |
| Buy | 5/8/2024 | 4,753 | $73.50 |
| Buy | 5/8/2024 | 5,000 | $73.51 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| | | Common Stock | |
| --- | --- | --- | --- |
| **Transaction Type** | **Trade Date** | **Quantity** | **Price** |
| Buy | 5/8/2024 | 5,000 | $73.49 |
| Buy | 5/8/2024 | 18 | $73.48 |
| Buy | 5/8/2024 | 100 | $73.50 |
| Buy | 5/8/2024 | 4,882 | $73.51 |
| Buy | 5/8/2024 | 5,000 | $73.41 |
| Buy | 5/8/2024 | 5,000 | $73.53 |
| Buy | 5/8/2024 | 5,000 | $73.52 |
| Buy | 5/8/2024 | 5,000 | $73.96 |
| Buy | 5/8/2024 | 5,000 | $73.87 |
| Buy | 5/8/2024 | 5,000 | $73.98 |
| Buy | 5/8/2024 | 5,000 | $73.92 |
| Buy | 5/8/2024 | 5,000 | $73.49 |
| Buy | 5/9/2024 | 1,000 | $83.57 |
| Buy | 5/9/2024 | 1,000 | $83.53 |
| Buy | 5/9/2024 | 1,000 | $83.53 |
| Buy | 5/9/2024 | 1,000 | $83.55 |
| Buy | 5/9/2024 | 1,000 | $83.54 |
| Buy | 5/9/2024 | 98 | $82.67 |
| Buy | 5/9/2024 | 681 | $82.67 |
| Buy | 5/9/2024 | 121 | $82.68 |
| Buy | 5/9/2024 | 100 | $82.69 |
| Buy | 5/9/2024 | 1,000 | $82.53 |
| Buy | 5/9/2024 | 1,000 | $82.79 |
| Buy | 5/9/2024 | 1,000 | $82.78 |
| Buy | 5/9/2024 | 1,000 | $82.80 |
| Sell | 5/9/2024 | 3,000 | $81.06 |
| Sell | 5/9/2024 | 3,000 | $81.07 |
| Sell | 5/9/2024 | 3,000 | $81.12 |
| Sell | 5/9/2024 | 3,000 | $81.13 |
| Sell | 5/9/2024 | 3,000 | $81.11 |
| Sell | 5/9/2024 | 3,000 | $81.09 |
| Sell | 5/9/2024 | 3,000 | $81.08 |
| Sell | 5/9/2024 | 2,000 | $81.05 |
| Sell | 5/9/2024 | 3,000 | $81.10 |
| Sell | 5/9/2024 | 3,000 | $80.89 |
| Sell | 5/9/2024 | 3,000 | $80.95 |
| Sell | 5/9/2024 | 3,000 | $80.96 |
| Sell | 5/9/2024 | 3,000 | $80.94 |
| Sell | 5/9/2024 | 3,000 | $80.93 |
| Sell | 5/9/2024 | 3,000 | $80.92 |
| Sell | 5/9/2024 | 3,000 | $80.90 |
| Sell | 5/9/2024 | 3,000 | $80.91 |
| Sell | 5/9/2024 | 3,000 | $79.85 |
| Sell | 5/9/2024 | 3,000 | $79.86 |
| Sell | 5/9/2024 | 3,000 | $79.84 |
| Sell | 5/9/2024 | 3,000 | $79.87 |
| Sell | 5/9/2024 | 3,000 | $79.88 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

**Common Stock**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Sell | 5/10/2024 | 5,000 | $87.10 |
| Sell | 5/10/2024 | 5,000 | $87.11 |
| Sell | 5/10/2024 | 5,000 | $87.14 |
| Sell | 5/10/2024 | 5,000 | $87.16 |
| Sell | 5/10/2024 | 5,000 | $87.13 |
| Sell | 5/10/2024 | 10,000 | $87.18 |
| Sell | 5/10/2024 | 5,000 | $87.17 |
| Sell | 5/10/2024 | 5,000 | $87.15 |
| Sell | 5/10/2024 | 5,000 | $87.09 |
| Sell | 5/10/2024 | 5,000 | $87.12 |
| Sell | 5/10/2024 | 5,000 | $87.08 |
| Sell | 5/17/2024 | 5,000 | $93.05 |
| Sell | 5/17/2024 | 5,000 | $92.98 |
| Sell | 5/17/2024 | 5,000 | $92.93 |
| Sell | 5/17/2024 | 5,000 | $93.06 |
| Sell | 5/17/2024 | 5,000 | $92.96 |
| Sell | 5/17/2024 | 5,000 | $92.97 |
| Sell | 5/17/2024 | 5,000 | $93.05 |
| Sell | 5/17/2024 | 5,000 | $92.95 |
| Sell | 5/17/2024 | 5,000 | $92.95 |
| Sell | 5/17/2024 | 5,000 | $92.94 |
| Sell | 5/17/2024 | 5,000 | $92.92 |
| Sell | 5/17/2024 | 5,000 | $92.91 |
| Sell | 5/17/2024 | 5,000 | $92.90 |
| Sell | 5/17/2024 | 5,000 | $92.80 |
| Sell | 5/17/2024 | 5,000 | $92.77 |
| Sell | 5/17/2024 | 5,000 | $92.79 |
| Sell | 5/17/2024 | 5,000 | $92.78 |
| Sell | 5/17/2024 | 5,000 | $92.74 |
| Sell | 5/17/2024 | 5,000 | $92.75 |
| Sell | 5/17/2024 | 5,000 | $92.76 |
| Buy | 5/28/2024 | 20,000 | $81.86 |
| Buy | 5/28/2024 | 1,361 | $79.77 |
| Buy | 5/28/2024 | 20,000 | $78.72 |
| Buy | 5/28/2024 | 20,000 | $78.88 |
| Buy | 5/28/2024 | 20,000 | $82.30 |
| Buy | 5/28/2024 | 20,000 | $82.31 |
| Buy | 5/28/2024 | 20,000 | $82.24 |
| Buy | 5/28/2024 | 20,000 | $82.25 |
| Buy | 5/28/2024 | 17,209 | $82.34 |
| Buy | 5/28/2024 | 2,791 | $81.90 |
| Buy | 5/28/2024 | 300 | $82.35 |
| Buy | 5/28/2024 | 17 | $82.32 |
| Buy | 5/28/2024 | 2,000 | $82.36 |
| Buy | 5/28/2024 | 2,000 | $82.38 |
| Buy | 5/28/2024 | 10,000 | $82.83 |
| Buy | 5/28/2024 | 10,000 | $82.84 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| Transaction Type | Trade Date | Common Stock Quantity | Price |
|---|---|---|---|
| | | **Common Stock** | |
| Buy | 5/28/2024 | 10,000 | $82.85 |
| Buy | 5/28/2024 | 10,000 | $82.86 |
| Buy | 5/28/2024 | 10,000 | $82.99 |
| Buy | 5/28/2024 | 10,000 | $83.05 |
| Buy | 5/28/2024 | 10,000 | $82.98 |
| Buy | 5/28/2024 | 5,000 | $82.88 |
| Buy | 5/28/2024 | 5,000 | $82.90 |
| Buy | 5/28/2024 | 5,000 | $82.92 |
| Buy | 5/28/2024 | 5,000 | $82.91 |
| Buy | 5/28/2024 | 5,000 | $82.89 |
| Buy | 5/28/2024 | 5,000 | $83.14 |
| Buy | 5/28/2024 | 5,000 | $82.99 |
| Buy | 5/28/2024 | 5,000 | $82.93 |
| Buy | 5/28/2024 | 5,000 | $82.93 |
| Buy | 5/28/2024 | 5,000 | $82.94 |
| Buy | 5/28/2024 | 5,000 | $82.66 |
| Buy | 5/28/2024 | 5,000 | $82.85 |
| Buy | 5/28/2024 | 5,000 | $82.72 |
| Buy | 5/28/2024 | 5,000 | $82.62 |
| Buy | 5/28/2024 | 5,000 | $82.51 |
| Buy | 5/28/2024 | 5,000 | $82.51 |
| Buy | 5/28/2024 | 5,000 | $82.44 |
| Buy | 5/28/2024 | 5,000 | $82.52 |
| Buy | 5/28/2024 | 5,000 | $82.52 |
| Buy | 5/28/2024 | 5,000 | $82.51 |
| Buy | 5/28/2024 | 5,000 | $82.35 |
| Buy | 5/28/2024 | 5,000 | $82.34 |
| Buy | 5/28/2024 | 5,000 | $82.58 |
| Buy | 5/28/2024 | 5,000 | $82.59 |
| Buy | 5/28/2024 | 5,000 | $82.64 |
| Buy | 5/28/2024 | 5,000 | $82.64 |
| Buy | 5/28/2024 | 5,021 | $81.76 |
| Buy | 5/28/2024 | 10,000 | $81.78 |
| Buy | 5/28/2024 | 10,000 | $82.03 |
| Buy | 5/28/2024 | 10,000 | $82.03 |
| Buy | 5/28/2024 | 10,000 | $82.10 |
| Buy | 5/28/2024 | 10,000 | $81.80 |
| Buy | 5/28/2024 | 10,000 | $82.26 |
| Buy | 5/28/2024 | 10,000 | $82.13 |
| Buy | 5/28/2024 | 10,000 | $82.28 |
| Buy | 5/28/2024 | 10,000 | $82.19 |
| Buy | 5/28/2024 | 10,000 | $82.23 |
| Buy | 5/28/2024 | 10,000 | $82.21 |
| Buy | 5/28/2024 | 10,000 | $82.28 |
| Buy | 5/28/2024 | 10,000 | $82.30 |
| Buy | 5/28/2024 | 10,000 | $82.31 |
| Buy | 5/28/2024 | 10,000 | $82.32 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

**Common Stock**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Buy | 5/28/2024 | 10,000 | $82.42 |
| Buy | 5/28/2024 | 10,000 | $82.15 |
| Buy | 5/28/2024 | 1,925 | $81.68 |
| Buy | 5/28/2024 | 5,080 | $81.68 |
| Buy | 5/28/2024 | 10,000 | $81.87 |
| Buy | 5/28/2024 | 10,000 | $81.91 |
| Buy | 5/28/2024 | 10,000 | $81.94 |
| Buy | 5/28/2024 | 5,000 | $81.53 |
| Buy | 5/28/2024 | 5,000 | $81.54 |
| Buy | 5/28/2024 | 5,000 | $81.57 |
| Buy | 5/28/2024 | 5,000 | $81.57 |
| Buy | 5/28/2024 | 5,000 | $81.39 |
| Buy | 5/28/2024 | 5,000 | $81.35 |
| Buy | 5/28/2024 | 5,000 | $81.36 |
| Buy | 5/28/2024 | 3,468 | $81.34 |
| Buy | 5/28/2024 | 189 | $81.34 |
| Buy | 5/28/2024 | 5,000 | $81.35 |
| Buy | 5/28/2024 | 5,000 | $81.37 |
| Buy | 5/28/2024 | 5,000 | $81.36 |
| Buy | 5/28/2024 | 10,000 | $81.43 |
| Buy | 5/28/2024 | 10,000 | $81.45 |
| Buy | 5/28/2024 | 10,000 | $81.44 |
| Sell | 5/28/2024 | 10 | $82.69 |
| Sell | 5/28/2024 | 109 | $82.70 |
| Sell | 5/28/2024 | 12 | $82.89 |
| Sell | 5/28/2024 | 842 | $82.97 |
| Sell | 5/28/2024 | 5,000 | $82.96 |
| Sell | 5/28/2024 | 5,000 | $82.95 |
| Sell | 5/28/2024 | 5,000 | $82.94 |
| Sell | 5/28/2024 | 5,000 | $82.77 |
| Sell | 5/28/2024 | 5,000 | $82.76 |
| Sell | 5/28/2024 | 5,000 | $82.75 |
| Sell | 5/28/2024 | 5,000 | $82.74 |
| Sell | 5/28/2024 | 5,000 | $82.73 |
| Sell | 5/28/2024 | 5,000 | $82.79 |
| Sell | 5/28/2024 | 5,000 | $82.75 |
| Sell | 5/28/2024 | 5,000 | $82.91 |
| Sell | 5/28/2024 | 5,000 | $82.86 |
| Sell | 5/28/2024 | 5,000 | $82.85 |
| Sell | 5/28/2024 | 5,000 | $82.98 |
| Sell | 5/28/2024 | 100 | $83.38 |
| Sell | 5/29/2024 | 3,000 | $79.93 |
| Sell | 5/29/2024 | 3,000 | $79.86 |
| Sell | 5/29/2024 | 3,000 | $79.87 |
| Sell | 5/29/2024 | 3,000 | $79.88 |
| Sell | 5/29/2024 | 5,000 | $79.76 |
| Sell | 5/29/2024 | 5,000 | $79.74 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| | | **Common Stock** | |
| Sell | 5/29/2024 | 5,000 | $79.73 |
| Sell | 5/29/2024 | 5,000 | $79.75 |
| Sell | 5/29/2024 | 5,000 | $79.60 |
| Sell | 5/29/2024 | 5,000 | $79.63 |
| Sell | 5/29/2024 | 5,000 | $79.74 |
| Sell | 5/29/2024 | 5,000 | $79.61 |
| Sell | 5/29/2024 | 5,000 | $79.86 |
| Sell | 5/31/2024 | 5,000 | $79.43 |
| Sell | 5/31/2024 | 5,000 | $79.42 |
| Sell | 5/31/2024 | 5,000 | $79.40 |
| Sell | 5/31/2024 | 5,000 | $79.41 |
| Sell | 5/31/2024 | 5,000 | $79.35 |
| Sell | 5/31/2024 | 5,000 | $79.38 |
| Sell | 5/31/2024 | 5,000 | $79.39 |
| Sell | 5/31/2024 | 5,000 | $79.37 |
| Sell | 5/31/2024 | 5,000 | $79.36 |
| Sell | 5/31/2024 | 5,000 | $79.03 |
| Buy | 6/10/2024 | 5,000 | $66.93 |
| Buy | 6/10/2024 | 1,712 | $66.99 |
| Buy | 6/10/2024 | 5,000 | $66.94 |
| Buy | 6/10/2024 | 5,000 | $66.95 |
| Buy | 6/10/2024 | 5,000 | $67.00 |
| Buy | 6/10/2024 | 5,000 | $67.03 |
| Buy | 6/10/2024 | 5,000 | $67.01 |
| Buy | 6/10/2024 | 5,000 | $67.02 |
| Buy | 6/10/2024 | 5,000 | $67.04 |
| Buy | 6/10/2024 | 5,000 | $67.01 |
| Buy | 6/10/2024 | 5,000 | $67.05 |
| Buy | 6/10/2024 | 5,000 | $67.04 |
| Buy | 6/10/2024 | 5,000 | $67.02 |
| Buy | 6/10/2024 | 5,000 | $67.03 |
| Buy | 6/11/2024 | 5,000 | $65.21 |
| Buy | 6/11/2024 | 5,000 | $65.22 |
| Buy | 6/11/2024 | 5,000 | $65.35 |
| Buy | 6/11/2024 | 5,000 | $65.36 |
| Buy | 6/11/2024 | 50 | $65.52 |
| Buy | 6/11/2024 | 241 | $65.59 |
| Buy | 6/11/2024 | 2,166 | $65.55 |
| Buy | 6/11/2024 | 5,000 | $65.25 |
| Buy | 6/11/2024 | 5,000 | $65.29 |
| Buy | 6/11/2024 | 500 | $65.01 |
| Buy | 6/11/2024 | 113 | $64.83 |
| Buy | 6/11/2024 | 1,875 | $64.61 |
| Buy | 6/11/2024 | 5,000 | $64.09 |
| Buy | 6/11/2024 | 5,000 | $64.08 |
| Buy | 6/11/2024 | 55 | $63.96 |
| Buy | 6/11/2024 | 5,000 | $63.97 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Sell | 6/24/2024 | 3,000 | $60.50 |
| Sell | 6/24/2024 | 3,000 | $60.46 |
| Sell | 6/24/2024 | 3,000 | $60.49 |
| Sell | 6/24/2024 | 3,000 | $60.48 |
| Sell | 6/24/2024 | 3,000 | $60.47 |
| Sell | 6/24/2024 | 3,000 | $60.45 |
| Sell | 6/26/2024 | 2,000 | $56.50 |
| Sell | 6/26/2024 | 10,000 | $56.52 |
| Sell | 6/26/2024 | 10,000 | $56.38 |
| Sell | 6/26/2024 | 10,000 | $56.39 |
| Buy | 7/15/2024 | 25,000 | $53.00 |
| Buy | 7/15/2024 | 25,000 | $53.44 |
| Buy | 7/18/2024* | 131,000 | $56.00 |
| Buy | 7/19/2024* | 100,000 | $56.00 |
| Buy | 7/23/2024 | 1,000 | $48.01 |
| Buy | 7/23/2024 | 1,000 | $48.01 |
| Buy | 7/23/2024 | 1,000 | $48.03 |
| Buy | 7/23/2024 | 1,000 | $48.01 |
| Buy | 7/23/2024 | 1,000 | $48.01 |
| Buy | 7/23/2024 | 1,000 | $48.01 |
| Buy | 7/23/2024 | 1,000 | $48.01 |
| Sell | 7/23/2024 | 5,000 | $47.70 |
| Buy | 7/23/2024* | 143,200 | $57.00 |
| Sell | 7/24/2024 | 5,000 | $46.04 |
| Sell | 7/24/2024 | 5,000 | $46.03 |
| Sell | 7/24/2024 | 2,000 | $46.02 |
| Sell | 7/24/2024 | 5,000 | $46.01 |
| Sell | 7/24/2024 | 5,000 | $45.99 |
| Sell | 7/24/2024 | 5,000 | $46.00 |
| Sell | 7/24/2024 | 5,000 | $46.39 |
| Sell | 7/24/2024 | 5,000 | $46.40 |
| Sell | 7/24/2024 | 5,000 | $46.38 |
| Sell | 7/24/2024 | 5,000 | $46.36 |
| Sell | 7/24/2024 | 5,000 | $46.37 |
| Sell | 7/24/2024 | 5,000 | $46.35 |
| Sell | 7/24/2024 | 5,000 | $46.34 |
| Sell | 7/24/2024 | 5,000 | $46.33 |
| Sell | 7/24/2024 | 5,000 | $46.30 |
| Sell | 7/24/2024 | 5,000 | $46.32 |
| Sell | 7/24/2024 | 5,000 | $46.31 |
| Sell | 7/24/2024 | 5,000 | $46.29 |
| Sell | 7/24/2024 | 5,000 | $46.28 |
| Sell | 7/24/2024 | 5,000 | $46.27 |
| Sell | 7/24/2024 | 5,000 | $46.26 |
| Sell | 7/24/2024 | 5,000 | $46.25 |
| Sell | 7/24/2024 | 5,000 | $46.24 |
| Sell | 7/24/2024 | 5,000 | $46.23 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| Transaction Type | Common Stock Trade Date | Quantity | Price |
|---|---|---|---|
| Sell | 7/24/2024 | 5,000 | $46.22 |
| Sell | 7/24/2024 | 5,000 | $46.21 |
| Sell | 7/24/2024 | 5,000 | $46.20 |
| Sell | 7/24/2024 | 5,000 | $46.18 |
| Sell | 7/24/2024 | 5,000 | $46.19 |
| Sell | 7/24/2024 | 5,000 | $46.15 |
| Sell | 7/24/2024 | 5,000 | $46.17 |
| Sell | 7/24/2024 | 5,000 | $46.16 |
| Buy | 7/24/2024* | 5,400 | $57.00 |
| Buy | 7/25/2024* | 1,400 | $57.00 |
| Sell | 7/29/2024 | 1,000 | $46.58 |
| Sell | 7/29/2024 | 3,000 | $46.36 |
| Sell | 7/29/2024 | 3,000 | $46.35 |
| Sell | 7/29/2024 | 5,000 | $46.33 |
| Sell | 7/29/2024 | 2,000 | $46.22 |
| Sell | 7/29/2024 | 5,000 | $46.31 |
| Sell | 7/29/2024 | 5,000 | $46.30 |
| Sell | 7/29/2024 | 5,000 | $46.27 |
| Sell | 7/29/2024 | 5,000 | $46.32 |
| Sell | 7/29/2024 | 5,000 | $46.29 |
| Sell | 7/29/2024 | 5,000 | $46.29 |
| Sell | 7/29/2024 | 5,000 | $46.28 |
| Sell | 7/29/2024 | 5,000 | $46.25 |
| Sell | 7/29/2024 | 5,000 | $46.26 |
| Sell | 7/29/2024 | 5,000 | $46.24 |
| Sell | 7/29/2024 | 5,000 | $46.23 |
| Sell | 7/29/2024 | 5,000 | $46.22 |
| Sell | 7/29/2024 | 5,000 | $46.21 |
| Sell | 7/29/2024 | 5,000 | $46.20 |
| Sell | 7/29/2024 | 3,000 | $46.31 |
| Sell | 7/29/2024 | 3,000 | $46.34 |
| Sell | 7/29/2024 | 3,000 | $46.33 |
| Sell | 7/29/2024 | 3,000 | $46.32 |
| Sell | 7/29/2024 | 3,000 | $46.29 |
| Sell | 7/29/2024 | 3,000 | $46.25 |
| Sell | 7/29/2024 | 3,000 | $46.31 |
| Sell | 7/29/2024 | 3,000 | $46.26 |
| Sell | 7/29/2024 | 3,000 | $46.30 |
| Sell | 7/29/2024 | 3,000 | $46.27 |
| Sell | 7/29/2024 | 3,000 | $46.28 |
| Sell | 7/29/2024 | 3,000 | $46.24 |
| Sell | 7/29/2024 | 3,000 | $46.23 |
| Sell | 7/29/2024 | 3,000 | $46.22 |
| Sell | 9/4/2024 | 3,000 | $33.06 |
| Sell | 9/4/2024 | 3,000 | $33.07 |
| Sell | 9/4/2024 | 3,000 | $33.05 |
| Sell | 9/4/2024 | 3,000 | $33.04 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

**Common Stock**

| Transaction Type | Trade Date | Quantity | Price |
|---|---|---|---|
| Sell | 9/4/2024 | 2,000 | $33.03 |
| Sell | 9/4/2024 | 3,000 | $32.95 |
| Sell | 9/4/2024 | 3,000 | $32.94 |
| Sell | 9/4/2024 | 3,000 | $32.93 |
| Sell | 9/4/2024 | 3,000 | $32.92 |
| Sell | 9/4/2024 | 3,000 | $32.90 |
| Sell | 9/4/2024 | 3,000 | $32.91 |
| Sell | 9/4/2024 | 3,000 | $32.89 |
| Sell | 9/4/2024 | 3,000 | $32.88 |
| Sell | 9/4/2024 | 3,000 | $32.80 |
| Sell | 9/4/2024 | 3,000 | $32.81 |
| Sell | 9/4/2024 | 3,000 | $32.79 |
| Sell | 9/4/2024 | 3,000 | $32.78 |
| Sell | 9/4/2024 | 3,000 | $32.77 |
| Sell | 9/4/2024 | 3,000 | $32.76 |
| Sell | 9/4/2024 | 3,000 | $32.76 |
| Sell | 9/4/2024 | 3,000 | $32.75 |
| Sell | 9/4/2024 | 3,000 | $32.62 |
| Sell | 9/4/2024 | 3,000 | $32.61 |
| Sell | 9/4/2024 | 3,000 | $32.60 |
| Sell | 9/4/2024 | 3,000 | $32.59 |
| Sell | 9/4/2024 | 3,000 | $32.58 |
| Sell | 9/4/2024 | 5,000 | $33.20 |
| Sell | 9/4/2024 | 5,000 | $33.21 |
| Sell | 9/4/2024 | 5,000 | $33.19 |
| Sell | 9/4/2024 | 5,000 | $33.17 |
| Sell | 9/4/2024 | 5,000 | $33.18 |
| Sell | 9/4/2024 | 5,000 | $33.16 |
| Sell | 9/4/2024 | 5,000 | $33.14 |
| Sell | 9/4/2024 | 5,000 | $33.15 |
| Sell | 9/4/2024 | 5,000 | $33.13 |
| Sell | 9/4/2024 | 5,000 | $33.12 |
| Sell | 9/4/2024 | 5,000 | $33.11 |
| Sell | 9/4/2024 | 3,000 | $32.81 |
| Sell | 9/4/2024 | 3,000 | $32.80 |
| Sell | 9/4/2024 | 3,000 | $32.77 |
| Sell | 9/4/2024 | 3,000 | $32.79 |
| Sell | 9/4/2024 | 3,000 | $32.78 |
| Sell | 9/4/2024 | 3,000 | $32.79 |
| Sell | 9/4/2024 | 3,000 | $32.65 |
| Sell | 9/4/2024 | 3,000 | $32.68 |
| Sell | 9/4/2024 | 3,000 | $32.66 |
| Sell | 9/4/2024 | 3,000 | $32.67 |
| Sell | 9/4/2024 | 3,000 | $32.64 |
| Sell | 9/4/2024 | 5,000 | $33.04 |
| Sell | 9/4/2024 | 5,000 | $33.06 |
| Sell | 9/4/2024 | 5,000 | $33.05 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

| Transaction Type | Trade Date | Common Stock Quantity | Price |
|---|---|---|---|
| Sell | 9/4/2024 | 5,000 | $33.02 |
| Sell | 9/4/2024 | 5,000 | $33.03 |
| Sell | 9/4/2024 | 5,000 | $33.00 |
| Sell | 9/4/2024 | 5,000 | $33.01 |

* Assignment

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

Options

| Contract Type | Transaction Type | Exp / Strike | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| Put | Sell to Open | CELSIUS HOLDINGS INC$57 EXP 07/26/24 | 7/10/2024 | 500 | $2.59 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$57 EXP 07/26/24 | 7/10/2024 | 1,000 | $2.73 |
| Put | Assigned | CELSIUS HOLDINGS INC$57 EXP 07/26/24 | 7/23/2024 | 1,432 | $0.00 |
| Put | Assigned | CELSIUS HOLDINGS INC$57 EXP 07/26/24 | 7/24/2024 | 54 | $0.00 |
| Put | Assigned | CELSIUS HOLDINGS INC$57 EXP 07/26/24 | 7/25/2024 | 14 | $0.00 |
| | | | | | |
| Put | Sell to Open | CELSIUS HOLDINGS INC$59 EXP 07/12/24 | 7/1/2024 | 500 | $2.87 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$59 EXP 07/12/24 | 7/1/2024 | 1,000 | $2.79 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$59 EXP 07/12/24 | 7/10/2024 | 500 | $2.12 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$59 EXP 07/12/24 | 7/10/2024 | 1,000 | $2.26 |
| | | | | | |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.14 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.06 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.18 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.15 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.13 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.10 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 403 | $3.45 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 97 | $3.60 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/25/2024 | 500 | $3.65 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/26/2024 | 297 | $2.80 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 6/26/2024 | 203 | $2.93 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/2/2024 | 500 | $2.02 |
| Put | Assigned | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/18/2024 | 1,310 | $0.00 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 400 | $7.35 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 200 | $7.20 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 200 | $7.17 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 200 | $7.20 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 500 | $7.20 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 300 | $7.15 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 200 | $7.14 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 300 | $6.30 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 200 | $6.20 |
| Put | Buy to Close | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 190 | $6.30 |
| Put | Assigned | CELSIUS HOLDINGS INC$56 EXP 07/19/24 | 7/19/2024 | 1,000 | $0.00 |
| | | | | | |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.44 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.55 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.48 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.55 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.60 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.60 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 403 | $4.28 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 97 | $4.20 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/25/2024 | 500 | $4.15 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/26/2024 | 297 | $4.78 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 6/26/2024 | 203 | $4.68 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 7/2/2024 | 500 | $4.60 |
| Call | Expired | CELSIUS HOLDINGS IN$60 EXP 08/16/24 | 8/16/2024 | 5,000 | $0.00 |

**Celsius Holdings, Inc. -- Schedule A**
**The Zarabi Family Trust Dated September 3, 1992**

**Options**

| Contract Type | Transaction Type | Exp / Strike | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| Call | Buy to Open | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 7/1/2024 | 500 | $3.32 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 7/1/2024 | 1,000 | $3.24 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 7/2/2024 | 1,000 | $2.90 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 7/3/2024 | 499 | $3.00 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 7/3/2024 | 500 | $3.05 |
| Call | Buy to Open | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 7/3/2024 | 1 | $2.80 |
| Call | Expired | CELSIUS HOLDINGS IN$64 EXP 08/09/24 | 8/9/2024 | 3,500 | $0.00 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/2/2024 | 1,000 | $2.40 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/3/2024 | 263 | $2.10 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/3/2024 | 155 | $2.15 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/3/2024 | 500 | $2.20 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/3/2024 | 200 | $2.30 |
| Put | Sell to Open | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/3/2024 | 382 | $2.35 |
| Put | Expired | CELSIUS HOLDINGS INC$58 EXP 07/12/24 | 7/12/2024 | 2,500 | $0.00 |