# EXHIBIT E

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Ford Motor Company. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Ford Motor Company. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:        James
Middle initial:    O.
Last name:         Emerson
Address:           REDACTED
City:
State:
Zip:
Country:
Facsimile:
Phone:
Email:

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 07/25/2014 | 5000 | 17.88 |
| Common Stock | 07/29/2014 | 5000 | 17.57 |
| Common Stock | 07/29/2014 | 5000 | 17.61 |
| Common Stock | 09/03/2014 | 5000 | 17.51 |
| Common Stock | 09/04/2014 | 5000 | 17.42 |
| Common Stock | 09/04/2014 | 5000 | 17.40 |
| Common Stock | 09/05/2014 | 5000 | 17.14 |
| Common Stock | 10/26/2015 | 5000 | 15.69 |
| Common Stock | 10/27/2015 | 5000 | 14.88 |
| Common Stock | 10/28/2015 | 5000 | 14.90 |
| Common Stock | 11/04/2015 | 5000 | 14.70 |

**Certification for James Emerson (cont.)**

| | | | |
|---|---|---|---|
| Common Stock | 01/04/2017 | 10000 | 13.21 |
| Common Stock | 01/05/2017 | 6000 | 13.03 |
| Common Stock | 01/05/2017 | 5000 | 13.10 |
| Common Stock | 01/10/2017 | 7000 | 12.95 |
| Common Stock | 01/25/2017 | 8678 | 12.78 |
| Common Stock | 03/24/2015 | 9100 | 16.51 |
| Common Stock | 03/17/2017 | 1335 | 12.53 |
| Common Stock | 07/25/2014 | 5000 | 17.69 |
| Common Stock | 07/29/2014 | 1700 | 17.58 |
| Common Stock | 09/04/2014 | 5000 | 17.40 |
| Common Stock | 10/27/2015 | 5000 | 14.88 |
| Common Stock | 10/28/2015 | 5000 | 14.83 |
| Common Stock | 11/04/2015 | 5000 | 14.70 |
| Common Stock | 11/05/2015 | 5000 | 14.55 |
| Common Stock | 01/04/2017 | 6000 | 13.21 |
| Common Stock | 01/05/2017 | 6300 | 13.14 |
| Common Stock | 03/17/2017 | 1950 | 12.53 |
| Common Stock | 07/24/2017 | 5000 | 11.41 |
| Common Stock | 03/17/2017 | 5700 | 12.53 |

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 08/07/2017 | 5000 | 10.80 |
| Common Stock | 10/25/2017 | 3750 | 12.06 |

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below.

Separate comment below.

I had numerous additional buys and sells during the period as a day trader. All other bus/sales came out ahead. If you want the full lay out I will have Fidelity provide a total record.

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:                **YES**

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.                **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

**Certification for James Emerson (cont.)**

Date of signing: 11/16/2017

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, William T. Higgs the undersigned Trustee of the William T. Higgs Trust (the "Trust"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Ford Motor Company ("Ford" or the "Company") and, authorize the filing of a motion on the Trust's behalf for appointment as lead plaintiff.

3.    The Trust did not purchase or acquire Ford securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    The Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Ford securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    To the best of my current knowledge, the attached sheet lists all of the Trust's transactions in Ford securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is signed, the Trust has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    The Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

{00263728;1 }

8. We declare under penalty of perjury that the foregoing is true and correct.

Executed    12-28-17
             **(Date)**

                            William T. Higgs Trust
                               **(Entity Name)**

                               **(Signature)**

                               William T. Higgs
                               **(Type or Print Name)**

{00263728;1 }

**FORD MOTOR COMPANY (F)**                                    **William T.Higgs Trust**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 3/28/2014 | Purchase | 10,000 | $15.3900 |
| 3/28/2014 | Purchase | 2,000 | $15.4500 |
| 3/28/2014 | Purchase | 10,000 | $15.4500 |
| 4/1/2014 | Purchase | 5,000 | $16.3900 |
| 4/15/2014 | Purchase | 10,000 | $15.7200 |
| 4/16/2014 | Purchase | 2,000 | $16.0600 |
| 4/24/2014 | Purchase | 10,000 | $16.4200 |
| 5/27/2014 | Purchase | 10,000 | $16.1500 |
| 5/27/2014 | Purchase | 10,000 | $16.1500 |
| 7/17/2014 | Purchase | 2,400 | $17.9000 |
| 9/8/2014 | Purchase | 10,000 | $16.7800 |
| 10/20/2014 | Purchase | 5,000 | $14.1200 |
| 10/21/2014 | Purchase | 10,000 | $14.1700 |
| 3/3/2016 | Purchase | 6,400 | $13.5000 |
| 6/24/2016 | Purchase | 5,000 | $12.8500 |
| 7/14/2017 | Purchase | 3,000 | $11.6600 |
| 7/14/2017 | Purchase | 7,000 | $11.6600 |
| 7/14/2017 | Purchase | 10,000 | $11.6500 |
| 12/19/2014 | Sale | 3,500 | $15.0000 |
| 12/19/2014 | Sale | 1,500 | $15.0000 |
| 12/19/2014 | Sale | 3,446 | $15.0000 |
| 12/19/2014 | Sale | 5,000 | $15.0000 |
| 12/19/2014 | Sale | 10,000 | $15.0000 |
| 12/19/2014 | Sale | 1,054 | $15.0000 |
| 12/19/2014 | Sale | 500 | $15.0000 |
| 12/29/2016 | Sale | 10,000 | $12.2800 |
| 12/29/2016 | Sale | 10,000 | $12.2700 |
| 12/29/2016 | Sale | 10,000 | $12.2500 |
| 7/27/2017 | Sale | 8,500 | $11.1500 |
| 7/27/2017 | Sale | 5,000 | $11.1500 |
| 7/27/2017 | Sale | 6,500 | $11.1500 |
| 7/27/2017 | Sale | 10,000 | $11.1500 |
| 7/27/2017 | Sale | 10,000 | $11.1600 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, William T. Higgs, on behalf of Power Holding Corporation, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Ford Motor Company ("Ford" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Ford securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Ford securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Ford securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.


Executed  <u>12-28-17</u>
                    (Date)


                                        <u>Power Holding Corporation</u>
                                             (Entity Name)

                                        <u>(signature)</u>
                                             (Signature)

                                        <u>William T. Higgs</u>
                                           (Type or Print Name)

**FORD MOTOR COMPANY (F)**                                    **Power Holding Corporation**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 11/11/2014 | Purchase | 9,000 | $14.3440 |
| 11/14/2014 | Purchase | 5,000 | $14.9900 |
| 12/26/2014 | Purchase | 10,000 | $15.4600 |
| 12/26/2014 | Purchase | 10,000 | $15.4600 |
| 1/5/2015 | Purchase | 5,000 | $14.7700 |
| 1/7/2015 | Purchase | 6,000 | $14.9800 |
| 3/2/2015 | Purchase | 5,000 | $16.4700 |
| 4/21/2015 | Purchase | 10,000 | $15.9500 |
| 6/29/2015 | Purchase | 4,000 | $15.0200 |
| 10/19/2015 | Purchase | 10,000 | $15.2700 |
| 10/26/2015 | Purchase | 10,000 | $15.7200 |
| 1/14/2016 | Purchase | 6,000 | $12.2000 |
| 1/14/2016 | Purchase | 10,000 | $12.2000 |
| 3/1/2016 | Purchase | 6,200 | $13.0500 |
| 6/8/2016 | Purchase | 2,400 | $13.4100 |
| 7/1/2016 | Purchase | 5,000 | $12.8500 |
| 7/26/2016 | Purchase | 5,000 | $13.8600 |
| 9/30/2016 | Purchase | 5,000 | $12.0700 |
| 12/7/2016 | Purchase | 5,000 | $12.7200 |
| 10/5/2017 | Purchase | 10,000 | $12.2500 |
| 10/5/2017 | Purchase | 10,000 | $12.2500 |
| 10/5/2017 | Purchase | 10,000 | $12.2500 |
| 10/5/2017 | Purchase | 10,000 | $12.2500 |
| 9/6/2016 | Sale | 10,000 | $12.6500 |
| 9/6/2016 | Sale | 10,000 | $12.6500 |
| 9/6/2016 | Sale | 5,000 | $12.6500 |
| 11/21/2016 | Sale | 10,000 | $11.8700 |
| 11/21/2016 | Sale | 10,000 | $11.8800 |
| 11/21/2016 | Sale | 10,000 | $11.8800 |
| 11/21/2016 | Sale | 10,000 | $11.8700 |
| 11/21/2016 | Sale | 10,000 | $11.8800 |
| 11/21/2016 | Sale | 10,000 | $11.8700 |
| 12/23/2016 | Sale | 5,000 | $12.4400 |
| 12/27/2016 | Sale | 10,000 | $12.5000 |
| 12/27/2016 | Sale | 5,000 | $12.5100 |
| 12/28/2016 | Sale | 4,000 | $12.2800 |
| 12/29/2016 | Sale | 10,000 | $12.2500 |
| 12/29/2016 | Sale | 10,000 | $12.2900 |
| 12/29/2016 | Sale | 10,000 | $12.2800 |
| 5/18/2017 | Sale | 10,000 | $10.8000 |
| 5/18/2017 | Sale | 10,000 | $10.8000 |
| 5/18/2017 | Sale | 10,000 | $10.8000 |
| 5/18/2017 | Sale | 10,000 | $10.8000 |
| 5/18/2017 | Sale | 10,000 | $10.8000 |
| 5/18/2017 | Sale | 10,000 | $10.8000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, the undersigned Trustee of the November Family Trust DD 5/5/1983 (the "Trust"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Ford Motor Company ("Ford" or the "Company") and, authorize the filing of a motion on the Trust's behalf for appointment as lead plaintiff.

3. The Trust did not purchase or acquire Ford securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. The Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Ford securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of the Trust's transactions in Ford securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, the Trust has not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. The Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    We declare under penalty of perjury that the foregoing is true and correct.


Executed _____DEC 2, 2017_____
          **(Date)**

                          NOVEMBER FAMILY TRUST
                          DD  5/5/1983
                          _____
                          **(Entity Name)**

                          _____
                          **(Signature)**

                          PHILIP NOVEMBER
                          _____
                          **(Type or Print Name)**


Executed _____DEC 2, 2017_____
          **(Date)**

                          NOVEMBER FAMILY TRUST
                          DD  5/5/1983
                          _____
                          **(Entity Name)**

                          _____
                          **(Signature)**

                          DEE NOVEMBER
                          _____
                          **(Type or Print Name)**

**FORD MOTOR COMPANY (F)**                    **November Family Trust DD 5/5/1983**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 8/7/2014 | Purchase | 10,000 | $16.9000 |
| 6/5/2014 | Purchase | 20,000 | $16.6400 |
| 9/5/2014 | Purchase | 10,000 | $17.1500 |
| 1/5/2015 | Purchase | 20,000 | $14.8000 |
| 3/26/2015 | Purchase | 10,000 | $15.9800 |
| 8/24/2015 | Purchase | 10,000 | $13.0700 |
| 9/22/2015 | Purchase | 10,000 | $13.7600 |
| 10/27/2015 | Purchase | 10,000 | $15.0000 |
| 11/4/2015 | Purchase | 15,000 | $14.6600 |
| 12/31/2015 | Purchase | 10,000 | $14.0900 |
| 1/7/2016 | Purchase | 10,000 | $12.7500 |
| 6/4/2014 | Sale | 20,000 | $16.8400 |
| 8/8/2014 | Sale | 10,000 | $17.0400 |
| 2/4/2015 | Sale | 20,000 | $15.9000 |
| 8/27/2015 | Sale | 10,000 | $13.6000 |
| 10/8/2015 | Sale | 10,000 | $15.0000 |
| 11/18/2015 | Sale | 20,000 | $14.4000 |
| 12/21/2015 | Sale | 2,000 | $13.7500 |
| 12/5/2016 | Sale | 18,000 | $12.4600 |