# EXHIBIT F

CERTIFICATION OF THE WONG 2015 CHARITABLE REMAINDER TRUST, UA
SEPTEMBER 11, 2015
PURSUANT TO FEDERAL SECURITIES LAW

The WONG 2015 Charitable Remainder Trust, UA September 11, 2015 ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint alleging securities fraud against ZTO Express (Cayman) Inc. and various of its officers and directors, and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| ZTO | 10/27/2016 | 55,000 | $18.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| ZTO | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:    None

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6 day of October , 2017.


DocuSigned by:

Sau-Ching Wong

46EA975ECEB8432...

Sau-Ching Wong, Trustee
The WONG 2015 Charitable Remainder
Trust, UA September 11, 2015

CERTIFICATION OF CALVIN WONG 2015 CHARITABLE REMAINDER UNITRUST UA
SEPTEMBER 11, 2015
PURSUANT TO FEDERAL SECURITIES LAW

Calvin Wong 2015 Charitable Remainder Unitrust UA September 11, 2015 ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against ZTO Express (Cayman) Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| ZTO | 10/27/2016 | 15,000 | $18.40 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| ZTO | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:     None

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __13___ day of __October_____, 2017.

DocuSigned by:

Sau-Ching Wong, Trustee
FBO Calvin Wong 2015 Charitable
Remainder Unitrust UA September 11, 2015

CERTIFICATION OF IVAN WONG 2015 CHARITABLE REMAINDER UNITRUST UA
SEPTEMBER 22, 2015
PURSUANT TO FEDERAL SECURITIES LAW

Ivan Wong 2015 Charitable Remainder Unitrust UA September 22, 2015 ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint alleging securities fraud against ZTO Express (Cayman) Inc. and various of its officers and directors, and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| ZTO | 10/27/2016 | 15,000 | $18.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| ZTO | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |

5.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:     None

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __13__ day of __October_____, 2017.


DocuSigned by:

46EA975ECE38432...

Sau-Ching Wong, Trustee
FBO Ivan Wong 2015 Charitable
Remainder Unitrust UA September 22, 2015

CERTIFICATION OF BENJAMIN WONG 2015 CHARITABLE REMAINDER UNITRUST
UA SEPTEMBER 22, 2015
PURSUANT TO FEDERAL SECURITIES LAW

Benjamin Wong 2015 Charitable Remainder Unitrust UA September 22, 2015 ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint alleging securities fraud against ZTO Express (Cayman) Inc. and various of its officers and directors, and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| ZTO | 10/27/2016 | 15,000 | $18.40 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| ZTO | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below: __None__

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this   13   day of   October          , 2017.

DocuSigned by:

46EA975ECE38432...

Sau-Ching Wong, Trustee
FBO Benjamin Wong 2015 Charitable
Remainder Unitrust UA September 22, 2015