**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Proposed Lead Plaintiff*
*Shuo-Hsien Wang, and Proposed Lead*
*Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE,<br><br>Defendants. | No. 3:25-cv-05315-JD<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF SHUO-HSIEN WANG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>DATE: October 2, 2025<br>TIME: 10:00 am<br>COURTROOM: 11, 19th Floor<br>JUDGE: Hon. James Donato |

ARA YAGHSIZIAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HIMS & HERS HEALTH, INC., ANDREW DUDUM and OLUYEMI OKUPE,

Defendants.

No. 3:25-cv-05321-JD

I, David R. Kaplan, declare on this 15th day of September 2025:

1.    I am a Director with the law firm of Saxena White P.A. ("Saxena White"), proposed Lead Counsel for the Class, a member in good standing of the Bar of the State of California, and admitted to practice before this Court.  I submit this Declaration in support of the reply memorandum of law in further support of the motion of Shuo-Hsien Wang for an order: (1) consolidating the Related Actions; (2) appointing Shuo-Hsien Wang as Lead Plaintiff; (3) approving Mr. Wang's selection of Saxena White as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibit A is a true and correct copy of the PSLRA Certification filed in *Abdul-Hameed v. Snap Inc.*, No. 25-cv-7844 (C.D. Cal.), ECF No. 1-1.

3.    Attached as Exhibit B is a true and correct copy of the motion and PSLRA Certification filed in *In re Apple Inc. Sec. Litig.*, No. 19-cv-2033 (N.D. Cal.), ECF Nos. 20, 21-1.

4.    Attached as Exhibit C is a true and correct copy of the motion and PSLRA Certification filed in *In re Alphabet, Inc. Sec. Litig.*, No. 18-cv-6245 (N.D. Cal.), ECF Nos. 15, 16-1.

5.    Attached as Exhibit D is a true and correct copy of the motion and PSLRA Certification filed in *In re Stable Road Acquisition Corp. Sec. Litig.*, No. 21-cv-5744 (C.D. Cal.), ECF Nos. 38, 41-2.

6.    Attached as Exhibit E is a true and correct copy of the motion and PSLRA Certification filed in *Johnson v. Costco Wholesale Corp.*, No. 18-cv-1611 (W.D. Wash.), ECF Nos. 9, 10-1.

7.    Attached as Exhibit F is a true and correct copy of the settlement notice and Final Order and Judgment, filed in *ODS Capital LLC v. JA Solar Holdings Co., Ltd.*, No. 18-cv-12083 (S.D.N.Y.), ECF Nos. 127-1, 131.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2025                          Respectfully submitted,

By: */s/ David R. Kaplan*

DECL. OF DAVID. R. KAPLAN ISO S. WANG'S
MOT. FOR APP'T AS LEAD PLAINTIFF
CASE NO. 3:25-cv-05315-JD

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ David R. Kaplan*
David R. Kaplan

DECL. OF DAVID. R. KAPLAN ISO S. WANG'S
MOT. FOR APP'T AS LEAD PLAINTIFF
CASE NO. 3:25-cv-05315-JD
