EXHIBIT A

# CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, __Omar Abdul-Hameed__ , duly certify and say, as to the claims asserted under the federal
Name

securities laws, that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Snap Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this:

__19th August 2025__
Date

__Omar Abdul-Hameed__
Name

__O. Abdul__
Signature

**Common Stock**

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Share |
|---|---|---|---|---|
| 07-21-2025 | P | 330000 | US83304A1060 | $ 09.9373 |
| 07-21-2025 | P | 330000 | US83304A1060 | $ 10.0245 |
| 07-25-2025 | P | 28392 | US83304A1060 | $ 09.7162 |
| 07-25-2025 | P | 371608 | US83304A1060 | $ 09.7479 |
| 07-28-2025 | S | -500000 | US83304A1060 | $ 09.5970 |
| 07-28-2025 | S | -500000 | US83304A1060 | $ 09.5670 |
| 07-28-2025 | P | 500000 | US83304A1060 | $ 09.6327 |
| 07-28-2025 | P | 500000 | US83304A1060 | $ 09.7234 |
| 07-29-2025 | S | -500000 | US83304A1060 | $ 09.4877 |
| 07-29-2025 | P | 100000 | US83304A1060 | $ 09.4701 |
| 08-01-2025 | P | 10000 | US83304A1060 | $ 09.0350 |
| 08-01-2025 | P | 10000 | US83304A1060 | $ 09.0580 |
| 08-01-2025 | P | 40000 | US83304A1060 | $ 09.0927 |

**Options**

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Contract |
|---|---|---|---|---|
| 07-28-2025 | Buy To Open | 10000 | SNAP JUNE 18 2026 10.0 C | $ 02.36964 |
| 07-29-2025 | Sell To Close | -1 | SNAP JUNE 18 2026 10.0 C | $ 02.34000 |
| 07-29-2025 | Sell To Close | -2194 | SNAP JUNE 18 2026 10.0 C | $ 02.30000 |
| 07-29-2025 | Sell To Close | -4000 | SNAP JUNE 18 2026 10.0 C | $ 02.26000 |
| 07-29-2025 | Sell To Close | -100 | SNAP JUNE 18 2026 10.0 C | $ 02.25000 |
| 07-29-2025 | Sell To Close | -1705 | SNAP JUNE 18 2026 10.0 C | $ 02.24000 |
| 07-29-2025 | Sell To Close | -2000 | SNAP JUNE 18 2026 10.0 C | $ 02.22050 |
| 07-31-2025 | Buy To Open | 2000 | SNAP JUNE 18 2026 8.0 C | $ 03.39807 |
| 07-31-2025 | Buy To Open | 4500 | SNAP JUNE 18 2026 8.0 C | $ 03.34340 |
| 07-31-2025 | Buy To Open | 4000 | SNAP JUNE 18 2026 8.0 C | $ 03.35000 |
| 07-31-2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 12.0 C | $ 01.36998 |
| 07-31-2025 | Buy To Open | 600 | SNAP MARCH 20 2026 12.0 C | $ 01.36000 |
| 07-31-2025 | Buy To Open | 400 | SNAP MARCH 20 2026 12.0 C | $ 01.38000 |
| 07-31-2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 12.0 C | $ 01.32000 |
| 07-31-2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 12.0 C | $ 01.32000 |
| 07-31-2025 | Buy To Open | 200 | SNAP MARCH 20 2026 10.0 C | $ 01.99000 |
| 07-31-2025 | Buy To Open | 2000 | SNAP MARCH 20 2026 10.0 C | $ 02.02000 |
| 07-31-2025 | Buy To Open | 100 | SNAP MARCH 20 2026 10.0 C | $ 02.05000 |
| 07-31-2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 10.0 C | $ 02.09000 |
| 07-31-2025 | Buy To Open | 2000 | SNAP MARCH 20 2026 10.0 C | $ 02.01000 |
| 07-28-2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 9.0 C | $ 02.46000 |
| 07-28-2025 | Buy To Open | 5000 | SNAP MARCH 20 2026 9.0 C | $ 02.49000 |
| 07-28-2025 | Buy To Open | 3231 | SNAP MARCH 20 2026 9.0 C | $ 02.50000 |
| 07-28-2025 | Buy To Open | 1769 | SNAP MARCH 20 2026 9.0 C | $ 02.51000 |
| 07-28-2025 | Buy To Open | 3000 | SNAP MARCH 20 2026 9.0 C | $ 02.54779 |
| 07-28-2025 | Buy To Open | 3000 | SNAP MARCH 20 2026 9.0 C | $ 02.55999 |
| 07-29-2025 | Sell To Close | -4000 | SNAP MARCH 20 2026 9.0 C | $ 02.34873 |
| 07-29-2025 | Sell To Close | -4000 | SNAP MARCH 20 2026 9.0 C | $ 02.32000 |
| 07-29-2025 | Sell To Close | -4000 | SNAP MARCH 20 2026 9.0 C | $ 02.30229 |
| 07-29-2025 | Sell To Close | -1696 | SNAP MARCH 20 2026 9.0 C | $ 02.30000 |
| 07-29-2025 | Sell To Close | -3304 | SNAP MARCH 20 2026 9.0 C | $ 02.30000 |
| 07-31-2025 | Buy To Open | 4500 | SNAP MARCH 20 2026 8.0 C | $ 03.04983 |
| 07-28-2025 | Buy To Open | 500 | SNAP AUGUST 1 2025 9.0 C | $ 00.68998 |
| 07-28-2025 | Buy To Open | 500 | SNAP AUGUST 1 2025 9.0 C | $ 00.68000 |
| 07-28-2025 | Sell To Close | -1000 | SNAP AUGUST 1 2025 9.0 C | $ 00.65000 |
| 07-21-2025 | Sell To Open | -896 | SNAP JULY 25 2025 10.0 C | $ 00.23000 |
| 07-21-2025 | Sell To Open | -1000 | SNAP JULY 25 2025 10.0 C | $ 00.20000 |
| 07-22-2025 | Sell To Open | -2098 | SNAP JULY 25 2025 10.0 C | $ 00.27000 |
| 07-22-2025 | Sell To Open | -841 | SNAP JULY 25 2025 10.0 C | $ 00.26000 |
| 07-22-2025 | Sell To Open | -1 | SNAP JULY 25 2025 10.0 C | $ 00.26000 |
| 07-22-2025 | Sell To Open | -1764 | SNAP JULY 25 2025 10.0 C | $ 00.25000 |