EXHIBIT D

ROBBINS GELLER RUDMAN
  & DOWD LLP
NATHAN R. LINDELL (248668)
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
nlindell@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KEITH JENSEN, Individually and on Behalf of All Others Similarly Situated, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> STABLE ROAD ACQUISITION CORP., et al., ) <br><br> Defendants. ) | Case No. 2:21-cv-05744-JFW-SHK <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE: October 18, 2021 <br> TIME: 1:30 p.m. <br> CTRM: 7A <br> JUDGE: Hon. John F. Walter |

4833-4235-0074.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, October 18, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable John F. Walter, Courtroom 7A, 350 West First Street, Los Angeles, CA 90012, Blackridge Capital Alliance LLC will and hereby does move this Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for an order: (i) consolidating the three related securities class actions: *Jensen v. Stable Road Acquisition Corp.*, No. 2:21-cv-05744 (filed on 7/15/2021); *Hall v. Stable Road Acquisition Corp.*, No. 2:21-cv-05943 (filed on 7/15/2021); and *DePoy v. Stable Road Acquisition Corp.*, No. 2:21-cv-06287 (filed on 8/4/2021); (ii) appointing Blackridge Capital Alliance LLC as Lead Plaintiff; and (iii) approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1]   In support of this Motion, Blackridge Capital Alliance LLC submits the accompanying Memorandum of Law, the Declaration of Danielle S. Myers, and a [Proposed] Order.

DATED:  September 13, 2021

ROBBINS GELLER RUDMAN
 & DOWD LLP
NATHAN R. LINDELL
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ

s/ Danielle S. Myers
DANIELLE S. MYERS

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Blackridge Capital Alliance LLC cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on September 13, 2021.  Accordingly, Blackridge Capital Alliance LLC's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Blackridge Capital Alliance LLC cannot confer with unknown movants.

- 1 -

4833-4235-0074.v1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
nlindell@rgrdlaw.com
dmyers@rgrdlaw.com
isanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 13, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

- 3 -

4833-4235-0074.v1

# Mailing Information for a Case 2:21-cv-05744-JFW-SHK Keith Jensen v. Stable Road Acquisition Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stefan Atkinson**
  stefan.atkinson@kirkland.com

- **Emerson Bursis**
  emerson.bursis@kirkland.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mark C Holscher**
  mark.holscher@kirkland.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,paralegal@johnsonfistel.com,jonathans@johnsonfistel.com,brettm@johnsonfistel.com

- **Nathan R Lindell**
  nlindell@rgrdlaw.com,e_file_sd@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Austin C Norris**
  austin.norris@kirkland.com,laura-bay-kirkland-ellis-llp-2744@ecf.pacerpro.com,laura.bay@kirkland.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

DocuSign Envelope ID: 46CE42E5-3F1A-48BF-0A4E-972BFCB6CD85

<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>

I, Bradley M. Palmer II, on behalf of Blackridge Capital Alliance LLC, declare as follows:

1.       I have reviewed a complaint and authorized its filing.  I have authorized the filing of a motion for appointment as lead plaintiff.

2.       I am the owner and Chief Executive Officer of Blackridge Capital Alliance LLC and have complete authority over Blackridge Capital Alliance LLC's investment strategies and decisions.

3.       I did not acquire the security that is the subject of this action at the direction of counsel or to participate in this private action or any other litigation under the federal securities laws.

4.       I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.       I made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

6.       I have not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*None.*

7.       I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and

- 2 -

expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___10th___ day of September, 2021.

BLACKRIDGE CAPITAL ALLIANCE LLC

By: _____
Bradley M. Palmer II, Owner and
Chief Executive Officer

STABLE ROAD
Exhibit B
006

DocuSign Envelope ID: 46CE4255-3F1A-48BF-0A4E-972BFCB6CD85

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/19/2021 | 4,954 | $21.38 |
| 01/19/2021 | 46 | $21.38 |
| 02/17/2021 | 1,500 | $24.00 |
| 02/23/2021 | 10,000 | $20.80 |
| 02/23/2021 | 581 | $21.84 |
| 02/23/2021 | 235 | $21.90 |
| 02/23/2021 | 70 | $21.95 |
| 02/23/2021 | 60 | $21.96 |
| 02/23/2021 | 67 | $21.97 |
| 02/23/2021 | 487 | $22.00 |
| 02/26/2021 | 10,000 | $16.60 |
| 02/26/2021 | 100 | $17.92 |
| 02/26/2021 | 23 | $17.94 |
| 02/26/2021 | 9,877 | $17.95 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/23/2021 | 7,999 | $20.90 |
| 02/23/2021 | 1 | $20.95 |
| 02/26/2021 | 10,000 | $16.60 |
| 02/26/2021 | 10,000 | $17.90 |
| 03/04/2021 | 9,900 | $13.60 |
| 03/04/2021 | 100 | $13.61 |

**Warrants**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/05/2021 | 400 | $3.51 |
| 03/05/2021 | 100 | $3.58 |
| 03/05/2021 | 1,136 | $3.59 |
| 03/05/2021 | 3,364 | $3.60 |
| 03/05/2021 | 5,000 | $3.35 |
| 03/05/2021 | 37 | $3.98 |
| 03/05/2021 | 620 | $3.99 |
| 03/05/2021 | 9,343 | $4.00 |
| 03/09/2021 | 5,000 | $4.23 |

Prices listed are rounded up to two decimal places.