**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Lai Family Trust
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE,<br><br>Defendants. | Case No.: 3:25-cv-05315-JD<br><br>**LAI FAMILY TRUST'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON MOTIONS FOR LEAD PLAINTIFF**<br><br>Courtroom: 11-19th Floor<br>Judge: Hon. James Donato |
| ARA YAGHSIZIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM and OLUYEMI OKUPE,<br><br>Defendants. | Case No.: 5:25-cv-05321-JD |

LAI FAMILY TRUST'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON MOTIONS FOR LEAD PLAINTIFF

1  Movant Lai Family Trust respectfully requests a continuance of the hearing on the pending motions for lead plaintiff currently scheduled for October 2, 2025. Yom Kippur begins on October 1, 2025 and continues through October 2, 2025. Counsel for Lai Family Trust observes the holiday and consequently cannot attend the hearing as currently scheduled on October 2, 2025.

Counsel for Lai Family Trust contacted counsel for movants James Schalter and Shuo-Hsien Wang. Mr. Schalter's counsel consented to the request for a continuance but Mr. Wang's counsel refused.

Dated: September 22, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**
*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lai Family Trust*
*and Proposed Lead Counsel for the Class*