UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN POPPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW DUDUM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-07337-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Sookdeo v. Hims & Hers Health, Inc.*, No. 3:25-cv-05315-JD (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: September 23, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**