**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE,<br><br>Defendants. | Case No. 3:25-cv-05315-JD<br><br>**MOVANT BRIAN MINTER'S REQUEST FOR JUDICIAL NOTICE**<br><br><u>CLASS ACTION</u><br><br>Judge: James Donato<br>Hearing: November 20, 2025<br>Time: 10:00 AM<br>Ctrm: 11 – 19th Floor (San Francisco) |
| ARA YAGHSIZIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE<br><br>Defendants. | Case No. 3:25-cv-05321-JD<br><br>Judge: James Donato |

1

MOVANT BRIAN MINTER'S REQUEST FOR JUDICIAL NOTICE – 3:25-cv-05315-JD

Lead Plaintiff Movant Brian Minter ("Mr. Minter") respectfully submits this Request for Judicial Notice as it is relevant to lead plaintiff motions before the Court.

Mr. Minter filed a Notice of Non-Opposition to Competing Motions for Consolidation of Cases, Appointment of Lead Plaintiff, and Approval of Counsel (the "Non-Opposition") on September 8, 2025. Dkt. No. 48.  However, Mr. Minter explained that the Non-Opposition had no impact on his "ability to serve as a representative party should the need arise." *Id.* Mr. Minter remains willing and able to serve as a representative party.

Under Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Accordingly, "[a] court may take judicial notice of matters of public record," but not of "disputed facts contained in such public records." *Khoja v. Orexigen Therapeutics, Inc*., 899 F.3d 988, 999 (9th Cir. 2018).

Further, courts regularly judicially notice documents that have been filed in other courts. *See, e.g., Lin v. Solta Med., Inc.*, 2021 WL 5771140, at *7 (N.D. Cal. Dec. 6, 2021) (taking notice of "public filings from other courts"); *see also Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002) (taking judicial notice of another courts opinion, and briefs filed in that proceeding); *see also Eidmann v. Walgreen Co*., 522 F. Supp. 3d 634, 642 (N.D. Cal. 2021) ("Documents published on government-run websites are proper for judicial notice given their reliability").

There are three remaining movants with larger financial interests than Mr. Minter that have not withdrawn or filed non-opposition notices—the Lai Family Trust, which is represented by Levi & Korsinsky, LLP ("L&K"), James A. Schalter (who is represented by Robbins Geller Rudman & Dowd LLP), and Shuo-Hsien Wang (who is represented by Saxena White P.A.). Mr. Minter respectfully requests that the Court judicially notice the following documents filed in *Johnson v. Sable Offshore Corp. et al.,* 2:25-cv-06869-SVW-PVC (C.D. Cal.) which is directly relevant to L&K's motion here:

Exhibit 1: An opposition brief filed by movant Jimmy Cleveland White ("Mr. White") as Dkt. No. 51 in the *Sable* action.

Exhibit 2: A Declaration of Laurence M. Rosen in support of Jimmy Cleveland White's aforementioned opposition brief, which was filed as Dkt. No. 52 in the *Sable* action.

Exhibit 3: Certain press releases issued by L&K in relation to the related actions against Hims & Hers Health, Inc. ("Hims"), which were filed as Dkt. No. 52-15 in the *Sable* action.

Exhibit 4: Mr. White's reply brief, which was filed as Dkt. No. 54 in the *Sable* action.

Exhibit 5: A transcript of the October 27, 2025, lead plaintiff motion hearing in the *Sable* action.

The motion papers in *Sable* and the ruling are relevant to L&K's Lead Plaintiff motion here because the same false attorney advertising that L&K engaged in in *Sable*, and that got it disqualified in *Sable*, occurred in this case. In the *Sable* action, L&K falsely claimed in at least five press releases to have filed that action when it did not. The competing movant argued the conduct appeared not to be accidental. *See generally* Exhibits 1 and 4. He identified at least eighteen cases where L&K falsely claimed in press release to have filed a case, when it fact it did not—including in this case. *See* Exhibit 2; *see also* Exhibit 4, at 6 (identifying a further three cases that L&K falsely claimed to have filed). The movant identified press releases where L&K falsely claimed to have filed an action against Hims. *See* Exhibit 3. As revealed in the briefing and at the lead plaintiff hearing, the competing movant identified at least forty-five false press releases (or other legal advertisements) issued by L&K. *See* Exhibit 4, at 4.

On October 27, 2025, Judge Stephen V. Wilson heard argument on the competing lead plaintiff motions. Judge Wilson explained that his "finding is that the false press releases [issued by L&K] were not a mistake. They were intentional. They were designed to attract clients on a false premise." Exhibit 5, at 17. Further, Judge Wilson held that "given the frequency over a period of time that these releases occurred and the clear evidence that they were false, I don't accept the argument that it was some [error]. And I think this shows a lack of honesty and integrity." *Id.* at 18. Judge Wilson then rejected the lead plaintiff motion filed by L&K and its client in that action. *Id.*

Dated: November 5, 2025                    **THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 225-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

MOVANT BRIAN MINTER'S REQUEST FOR JUDICIAL NOTICE – 3:25-cv-05315-JD

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On November 5, 2025, I electronically filed the following **MOVANT BRIAN MINTER'S REQUEST FOR JUDICIAL NOTICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 25, 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen

MOVANT BRIAN MINTER'S REQUEST FOR JUDICIAL NOTICE – 3:25-cv-05315-JD