**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SOOKDEO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE,<br><br>     Defendants. | Case No. 3:25-cv-05315-JD<br><br>**[PROPOSED] ORDER GRANTING MOVANT BRIAN MINTER'S REQUEST FOR JUDICIAL NOTICE**<br><br>CLASS ACTION<br><br>Judge: James Donato<br>Hearing: November 20, 2025<br>Time: 10:00 AM<br>Ctrm: 11 – 19th Floor (San Francisco) |
| ARA YAGHSIZIAN, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HIMS & HERS HEALTH, INC., ANDREW DUDUM, and OLUYEMI OKUPE<br><br>     Defendants. | Case No. 3:25-cv-05321-JD<br><br>Judge: James Donato |

The Court, having considered Movant Brian Minter's Request for Judicial Notice, and all papers filed in support and opposition thereof, and the argument of counsel, and good cause appearing, hereby **GRANTS** the Request for Judicial Notice.

**IT IS HEREBY ORDERED THAT** Movant's Request for Judicial Notice is **GRANTED**.

SO ORDERED:

1

Dated: _____                    _____
                                                Hon. James Donato
                                                United States District Judge

[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND LEAD
COUNSEL – 3:25-cv-05315-JD-SVK