UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIMS & HERS HEALTH, INC. SECURITIES LITIGATION | Case No.  25-cv-05315-JD |
| | **ORDER RE CONSOLIDATION** |

Plaintiffs have asked to consolidate the related shareholder class actions before the Court. Dkt. Nos. 21, 37.  The defendants, Hims & Hers Health, Inc. and its officers, have not opposed consolidation.  In light of the judicial and party efficiencies to be gained, the related shareholder class actions are consolidated into a single action as follows.

**CONSOLIDATION OF RELATED CASES**

1.    This order applies to these cases:

  a.  3:25-cv-05315-JD

  b.  3:25-cv-05321-JD

2.    Pursuant to Fed. R. Civ. P. 42(a), the Court consolidates these cases into Case No. 3:25-cv-05315-JD for all pretrial proceedings before this Court.  All filings and submissions from here on should be captioned *In re Hims & Hers Health, Inc. Securities Litigation*, 3:25-cv-05315-JD, and filed only in that case.  The 3:25-cv-05321-JD case will be closed and no new filings will be accepted in it.

3.    If a related action is subsequently filed in or transferred to this District, it will be consolidated into this action for all pretrial purposes.  This order will apply to every new related action, without further order of the Court.  A party that objects to consolidation, or to any other provision of this order, may file an application for relief within 14 days after the notice of related case is filed.

United States District Court
Northern District of California

4.      This order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

5.      Pretrial consolidation does not mean that the actions will necessarily be consolidated for trial.  That issue will be decided later in the case.  It also does not have the effect of making any entity a party in any action in which he, she, or it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure.

MASTER DOCKET

6.      The docket in Case No. 3:25-cv-05315-JD will constitute the master docket, and the file in that action will be the master file for every action in the consolidated action.

7.      The parties must promptly file a notice of related case pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District.  If the Court determines that the case is related, the Clerk of the Court is requested to:

    a.  file a copy of this order in the separate file for such action;

    b.  serve on plaintiff's counsel in the new case a copy of this order;

    c.  direct that this order be served upon defendants in the new case; and

    d.  make the appropriate entry in the master docket (No. 3:25-cv-05315-JD).

8.      If there are any disputes about whether a new action should be related to this consolidated action, they must promptly be brought to the Court's attention or any objection may be deemed waived.

FURTHER PROCEEDINGS

9.      Plaintiffs have been directed to file a consolidated amended complaint by January 29, 2026.  Dkt. No. 70.  The consolidated complaint must be under the caption and case number stated above.  All prior complaints in the related cases are deemed superseded by this complaint.

**IT IS SO ORDERED.**

Dated:  November 24, 2025

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2