John C. Tang (SBN 212371)
jctang@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Marjorie P. Duffy (*pro hac vice* forthcoming)
mpduffy@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone:    +1.614.469.3939
Facsimile:    +1.614.461.4198

*Counsel for Defendants*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HIMS & HERS HEALTH, INC. SECURITIES LITIGATION | Case No. 25-cv-05315-JD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Lead Plaintiffs James A. Schalter ("Schalter") and Shuo-Hsien Wang ("Wang" and, together with Schalter, "Lead Plaintiffs") and Defendants Hims & Hers Health, Inc., Andrew Dudum, and Oluyemi Okupe (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties"), through their counsel of record, stipulate as follows:

WHEREAS, on September 4, 2025, in the now-consolidated related action captioned *Yaghsizian v. Hims & Hers Health, Inc., et al.,* No. 25-cv-5321-JD, the Court entered a Stipulation and Order directing the parties to "propose a schedule to the Court for the filing of a consolidated or amended complaint and for the briefing of Defendants' anticipated motion to dismiss" within 10 days of an order appointing a lead plaintiff (*Yaghsizian* Dkt. No. 18, at 2);

WHEREAS, on November 21, 2025, the Court entered a Minute Entry dated November 20, 2025, in which the Court appointed Schalter lead plaintiff "for a putative class of purchasers of Hims & Hers common stock," appointed Wang lead plaintiff "for a putative class of purchasers of Hims & Hers derivative securities," and directed that "Lead plaintiffs will file a single consolidated complaint by January 29, 2026" (Dkt. No. 70);

WHEREAS, on November 24, 2025, the Court issued an Order consolidating related cases and providing that "Plaintiffs have been directed to file a consolidated amended complaint by January 29, 2026" (Dkt. No. 73); and

WHEREAS, the Parties have met and conferred regarding a proposed schedule for the briefing of Defendants' anticipated motion to dismiss;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, and subject to the Court's approval, hereby stipulate to the following schedule for the briefing of Defendants' anticipated motion to dismiss:

| Event | Date |
|---|---|
| Defendants' deadline to move to dismiss | March 19, 2026 |
| Lead Plaintiffs' deadline to oppose the Motion to Dismiss | May 7, 2026 |
| Defendants' deadline to reply in support of the Motion to Dismiss | June 10, 2026 |

**IT IS SO STIPULATED.**

Dated: December 3, 2025

Respectfully submitted,

JONES DAY

By: */s/ John C. Tang*
John C. Tang

*Counsel for Defendants Hims & Hers Health, Inc., Andrew Dudum, and Oluyemi Okupe*

Dated: December 3, 2025

ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Daniel J. Pfefferbaum*
Daniel J. Pfefferbaum (SBN 248631)
dpfefferbaum@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:    +1.415.288.4545
Facsimile:    +1.415.288.4534

Darren J. Robbins (SBN 168593)
darrenr@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:    +1.619.231.1058
Facsimile:    +1.619.231.7423

*Counsel for Lead Plaintiff James A. Schalter*

Dated: December 3, 2025

SAXENA WHITE P.A.

By: */s/ David R. Kaplan*
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
SAXENA WHITE P.A.
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone:    +1.858.997.0860
Facsimile:    +1.858.369.0096

Marco A. Dueñas (*pro hac vice*)
mduenas@saxenawhite.com
SAXENA WHITE P.A.
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone:    +1.914.437.8551
Facsimile:    +1.888.631.3611

*Counsel for Lead Plaintiff Shuo-Hsien Wang*

I, John C. Tang, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

Dated: December 3, 2025

_/s/ John C. Tang_
John C. Tang

*    *    *

[~~PROPOSED~~] <b>ORDER</b>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 8, 2025

_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE