Nathaniel P. Garrett, Bar No. 248211
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Marjorie P. Duffy (*pro hac vice*)
mpduffy@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone:    (614) 469-3939
Facsimile:    (614) 461-4198

Attorneys for Defendants
HIMS & HERS HEALTH, INC.,
ANDREW DUDUM, and OLUYEMI OKUPE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re HIMS & HERS HEALTH, INC. SECURITIES LITIGATION** | **Case No. 3:25-cv-05315-JD**<br><br>**Hon. James Donato**<br><br>**DECLARATION OF MARJORIE P. DUFFY IN SUPPORT OF THE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Declaration in Support of
Defs.' Request for Judicial Notice
and Incorporation by Reference
3:25-cv-05315-JD

I, Marjorie P. Duffy, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the law firm of Jones Day and counsel for Defendants Hims & Hers Health, Inc. ("Hims"), Andrew Dudum, and Oluyemi Okupe in the above-captioned action. I am admitted *pro hac vice* before his Court in this action..

2.      I respectfully submit this declaration in support of the Defendants' Request for Judicial Notice and Notice of Incorporation by Reference in support of their motion to dismiss the Consolidated Class Action Complaint.

3.      I certify that attached hereto are, to the best of my knowledge and belief, true and correct copies of the following documents, which are listed below in chronological order (rather than the order in which they appear in the motion to dismiss):

| Exhibit No. | Document Description |
|---|---|
| 1 | Hims Annual Report on Form 10-K for Fiscal Year 2024, without Exhibits, filed with the SEC on February 24, 2025 |
| 2 | Hims Press Release, issued on April 29, 2025 |
| 3 | Novo Nordisk Press Release, issued on April 29, 2025 |
| 4 | Transcript of Hims First Fiscal Quarter 2025 Earnings Call on May 5, 2025 |
| 5 | Hims Quarterly Report on Form 10-Q for First Fiscal Quarter 2025 without Exhibits, filed with the SEC on May 5, 2025 |
| 6 | Hims Form 8-K with Exhibits (including Ex. 99.2, the Shareholder Letter), filed with the SEC on May 5, 2025 |
| 7 | Truist Securities Report, dated May 13, 2025 |
| 8 | Naomi Kresge and Madison Muller, *Novo Exits Hims Partnership, Citing Concerns Over Compounded Drugs*, BLOOMBERG, June 23, 2025 |
| 9 | Daniel Gilbert, *How Novo Nordisk's pact with Hims & Hers blew up in a war of words*, WASH. POST, July 14, 2025 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Columbus, Ohio on March 19, 2026.

/s/ *Marjorie P. Duffy*
Marjorie P. Duffy

Declaration in Support of
Defs.' Request for Judicial Notice
and Incorporation by Reference
3:25-cv-05315-JD