# EXHIBIT 2

Apr 29, 2025 7:30 AM Eastern Daylight Time

# Hims & Hers and Novo Nordisk Team Up to Expand Affordable Access to Care

Share        · · ·

*A bundled offering of Novo Nordisk's FDA-approved Wegovy® on the Hims & Hers platform marks the first step in a long-term collaboration roadmap, pairing innovative treatments with a leading care platform to elevate the impact of obesity care for today's consumer.*



A bundled offering of Novo Nordisk's FDA-approved Wegovy® on the Hims & Hers platform marks the first step in a long-term collaboration roadmap, pairing innovative treatments with a leading care platform to elevate the impact of obesity care for today's consumer.

SAN FRANCISCO--(BUSINESS WIRE)--Novo Nordisk and Hims & Hers Health, Inc. (NYSE: HIMS) today announced a long-term collaboration designed to make proven obesity care and treatments more accessible, more affordable, and more connected for millions of Americans.

As a first step, Americans can now access NovoCare® Pharmacy directly through the Hims & Hers platform, with a bundled offering of all dose strengths of Wegovy® and a Hims & Hers membership, which includes access to 24/7 care, ongoing clinical support, and nutrition guidance, all in one place. At a single, unified price starting at 599 USD per month, individuals may be prescribed Wegovy®, alongside Hims & Hers' world-class, holistic approach to care, powered by today's technology. The offering is available this week on the Hims & Hers platform.

The companies are also developing a roadmap that combines Novo Nordisk's innovative treatments with Hims & Hers' ability to scale access to quality care, aiming to improve long-term outcomes for more people, more affordably.

"We're excited to work with Novo Nordisk, a company known for breakthrough innovation in clinical medicine and a strong portfolio of medications," said Andrew Dudum, CEO and founder of Hims & Hers. "Bringing our teams together and continuing to explore our shared commitment and focus on delivering the future of healthcare has been inspiring. We share a vision of what consumer-centered healthcare looks like, and this is just the first step towards delivering that future."

"We are pleased that Hims & Hers is making this offering available this week to people living with obesity," said Dave Moore, Executive Vice President, U.S. Operations and Global Business Development and President of Novo Nordisk Inc. "Beyond this initial collaboration, the companies are developing a roadmap that combines Novo Nordisk's innovative medications with Hims & Hers' ability to deliver access to quality care at scale, with the goal of improving long-term outcomes for more people living with chronic disease, and doing that more affordably."

This new offering builds on Hims & Hers' existing suite of weight loss solutions and provides access to all dose strengths of Wegovy® in a high-quality pen for self-pay patients. The platform will continue to offer access to other medications, oral kits, protein, nutrition kits, and clinically-backed care plans, giving patients more ways to start and sustain their health journey based on their needs, goals, and eligibility.

### About Hims & Hers Health, Inc.

Hims & Hers is the leading health and wellness platform on a mission to help the world feel great through the power of better health. We believe how you feel in your body and mind transforms how you show up in life. That's why we're building a future where nothing stands in the way of harnessing this power. Hims & Hers

normalizes health & wellness challenges—and innovates on their solutions—to make feeling happy and healthy easy to achieve. No two people are the same, so the company provides access to personalized care designed for results. For more information, please visit www.hims.com and www.forhers.com.

## Contacts

**Press Contact**

Farshad Shadloo

press@forhims.com

**Industry:**  Retail  Health  Other Retail  Telemedicine/Virtual Medicine  Specialty  Pharmaceutical

# hims & hers

**HIMS & HERS**

⬈ NYSE:HIMS

**RELEASE VERSIONS**

English

**CONTACTS**

**Press Contact**

Farshad Shadloo

press@forhims.com