# EXHIBIT 3

# Novo Nordisk expands patient access to authentic, FDA-approved Wegovy® via collaborations with multiple telehealth organizations



NEWS PROVIDED BY
**NOVO NORDISK INC.** ➜
Apr 29, 2025, 08:00 ET

- *All doses of FDA-approved Wegovy®, the most widely prescribed and studied GLP-1 for weight loss, are now accessible to patients of select telehealth providers via simplified pathway to NovoCare® Pharmacy*
- *Providers include Hims & Hers Health, Inc., LifeMD, and Ro*
- *Wegovy® is in full supply, and patients in the US can access authentic, FDA-approved Wegovy® in a high-quality premium pen for $499 per month*
- *Novo Nordisk continues to explore new pathways to conveniently and affordably connect people living with obesity to Wegovy®*

PLAINSBORO, N.J., April 29, 2025 /PRNewswire/ -- Today, Novo Nordisk announced it is expanding patient access to Wegovy® (semaglutide) injection 2.4 mg by enabling select telehealth providers to work directly through NovoCare® Pharmacy to offer a simplified pathway for self-paying patients seeking access to authentic, FDA-approved Wegovy®. **CenterWell Pharmacy** is the dispensing pharmacy managing prescription fulfilment and delivery for NovoCare® Pharmacy, which is now allowing direct access to Hims & Hers Health, Inc., LifeMD, and Ro.



All doses of Wegovy® are fully available. In March 2025, Novo Nordisk launched NovoCare® Pharmacy to provide direct-to-patient, convenient home shipments of all dose strengths of Wegovy® at a reduced cost of $499 per month for self-paying patients. Additionally, the Wegovy® savings offer was updated so that eligible self-paying patients can also get the $499-per-month price at their local pharmacy. Now, Novo Nordisk is working with these telehealth companies to make it as convenient as possible for their patients to get the authentic, FDA-approved Wegovy® they need at an affordable self-pay cost.

"Wegovy® continues to be in high demand as there are 100 million Americans living with obesity. We believe patients living with this chronic disease who want and need treatment under the care of a licensed healthcare professional, including those embracing the growing telehealth community, deserve to get the real thing," said Dave Moore, Executive Vice President, U.S. Operations and President of Novo Nordisk Inc. "Making Wegovy® available via these telehealth channels, with its clinically-tested weight loss in its premium pen delivery device, is an important step forward in allowing patients to receive care in the way they choose and helping them to achieve their weight loss goals with an authentic, FDA-approved medicine."

First approved in 2021, Wegovy® is the only FDA-approved semaglutide treatment for weight loss, and the medicine that changed how healthcare professionals (HCPs) treat patients with obesity as the first weekly GLP-1 for chronic weight management. Wegovy® currently supports nearly 1.5 million patients in the

US. Adding to the mounting reasons why HCPs choose Wegovy®, the FDA expanded the label in 2024 to include an indication for reduction of the risk of major cardiovascular events such as death, heart attack, or stroke in adults with known heart disease and with either obesity or overweight. Wegovy® and the semaglutide molecule continue to be studied across a variety of chronic conditions.

Novo Nordisk is focused on driving change for people living with obesity and is looking for new and innovative ways to connect more patients with the authentic medicines they are seeking and deserve, like Wegovy®.

Novo Nordisk is continuing to take proactive measures to keep patients safe. More information can be found on **semaglutide.com**.

**About NovoCare® Pharmacy**

NovoCare® Pharmacy provides cash-paying patients who have been prescribed Wegovy® with the ability to schedule shipments of their Wegovy® prescriptions directly to their home. Beyond convenient home delivery, NovoCare® also supports patients with benefit verification, refill reminders, and access to live support from a NovoCare® case manager. More information about NovoCare® Pharmacy is available at **NovoCare.com.**

**About Wegovy® (semaglutide) injection 2.4 mg**

**What is Wegovy®?**

WEGOVY® (semaglutide) injection 2.4 mg is an injectable prescription medicine used with a reduced calorie diet and increased physical activity:

- to reduce the risk of major cardiovascular events such as death, heart attack, or stroke in adults with known heart disease and with either obesity or overweight.
- that may help adults and children aged 12 years and older with obesity, or some adults with overweight who also have weight-related medical problems, to help them lose excess body weight and keep the weight off.

Wegovy® contains semaglutide and should not be used with other semaglutide-containing products or other GLP-1 receptor agonist medicines.

It is not known if Wegovy® is safe and effective for use in children under 12 years of age.

**Important Safety Information**

**What is the most important information I should know about Wegovy®? Wegovy® may cause serious side effects, including:**

- **Possible thyroid tumors, including cancer.** Tell your healthcare provider if you get a lump or swelling in your neck, hoarseness, trouble swallowing, or shortness of breath. These may be symptoms of thyroid cancer. In studies with rodents, Wegovy® and medicines that work like Wegovy® caused thyroid tumors, including thyroid cancer. It is not known if Wegovy® will cause thyroid tumors or a type of thyroid cancer called medullary thyroid carcinoma (MTC) in people
- Do not use Wegovy® if you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC) or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2)

**Do not use Wegovy® if:**

- you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC) or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2)
- you have had a serious allergic reaction to semaglutide or any of the ingredients in Wegovy®

**Before using Wegovy®, tell your healthcare provider if you have any other medical conditions, including if you:**

- have or have had problems with your pancreas or kidneys
- have type 2 diabetes and a history of diabetic retinopathy
- have or have had depression, suicidal thoughts, or mental health issues
- are scheduled to have surgery or other procedures that use anesthesia or deep sleepiness (deep sedation)
- are pregnant or plan to become pregnant. Wegovy® may harm your unborn baby. You should stop using Wegovy® 2 months before you plan to become pregnant
- are breastfeeding or plan to breastfeed. It is not known if Wegovy® passes into your breast milk

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. Wegovy® may affect the way some medicines work and some medicines may affect the way Wegovy® works. Tell your healthcare provider if you are taking other medicines to treat diabetes, including sulfonylureas or insulin. Wegovy® slows stomach emptying and can affect medicines that need to pass through the stomach quickly.

**What are the possible side effects of Wegovy®?**

**Wegovy® may cause serious side effects, including:**

- **inflammation of your pancreas (pancreatitis).** Stop using Wegovy® and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without vomiting. You may feel the pain from your abdomen to your back
- **gallbladder problems.** Wegovy® may cause gallbladder problems, including gallstones. Some gallstones may need surgery. Call your healthcare provider if you have symptoms, such as pain in your upper stomach (abdomen), fever, yellowing of the skin or eyes (jaundice), or clay-colored stools
- **increased risk of low blood sugar (hypoglycemia), especially those who also take medicines for diabetes such as insulin or sulfonylureas.** This can be a serious side effect. Talk to your healthcare provider about how to recognize and treat low blood sugar and check your blood sugar before you start and while you take Wegovy®. Signs and symptoms of low blood sugar may include dizziness or light-headedness, blurred vision, anxiety, irritability or mood changes, sweating, slurred speech, hunger, confusion or drowsiness, shakiness, weakness, headache, fast heartbeat, or feeling jittery
- **kidney problems (kidney failure).** In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration), which may cause kidney problems to get worse. It is important for you to drink fluids to help reduce your chance of dehydration
- **severe stomach problems.** Stomach problems, sometimes severe, have been reported in people who use Wegovy®. Tell your healthcare provider if you have stomach problems that are severe or will not go away.
- **serious allergic reactions.** Stop using Wegovy® and get medical help right away, if you have any symptoms of a serious allergic reaction, including swelling of your face, lips, tongue, or throat; problems breathing or swallowing; severe rash or itching; fainting or feeling dizzy; or very rapid heartbeat
- **change in vision in people with type 2 diabetes.** Tell your healthcare provider if you have changes in vision during treatment with Wegovy®
- **increased heart rate.** Wegovy® can increase your heart rate while you are at rest. Tell your healthcare provider if you feel your heart racing or pounding in your chest and it lasts for several minutes
- **depression or thoughts of suicide.** You should pay attention to any mental changes, especially sudden changes in your mood, behaviors, thoughts, or feelings. Call your healthcare provider right away if you have any mental changes that are new, worse, or worry you
- **food or liquid getting into the lungs during surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).** Wegovy® may increase the chance of food getting into your lungs during surgery or other procedures. Tell all your healthcare providers that you are taking Wegovy® before you are scheduled to have surgery or other procedures

**The most common side effects of Wegovy® may include:** nausea, diarrhea, vomiting, constipation, stomach (abdomen) pain, headache, tiredness (fatigue), upset stomach, dizziness, feeling bloated, belching, low blood sugar in people with type 2 diabetes, gas, stomach flu, heartburn, and runny nose or sore throat.

**Please see Medication Guide and Prescribing Information, including Boxed Warning, for Wegovy® at** **https://www.novo-pi.com/wegovy.pdf**

## About Novo Nordisk

Novo Nordisk is a leading global healthcare company that's been making innovative medicines to help people with diabetes lead longer, healthier lives for more than 100 years. This heritage has given us experience and capabilities that also enable us to drive change to help people defeat other serious chronic diseases such as obesity, rare blood, and endocrine disorders. We remain steadfast in our conviction that the formula for lasting success is to stay focused, think long-term, and do business in a financially, socially, and environmentally responsible way. With a US presence spanning 40 years, Novo Nordisk US is headquartered in New Jersey and employs over 10,000 people throughout the country across 12 manufacturing, R&D and corporate locations in eight states plus Washington DC. For more information, visit **novonordisk-us.com**, **Facebook**, **Instagram**, and **X**.

Novo Nordisk is committed to the responsible use of our semaglutide-containing medicines which represent distinct products with different indications, dosages, prescribing information, titration schedules, and delivery forms. These products are not interchangeable and should not be used outside of their approved indications. Learn more at **semaglutide.com**.

### Contacts for further information

**Media:**

| **Liz Skrbkova (US)** | **Ambre James-Brown (Global)** |
|---|---|
| +1 609 917 0632 | +45 3079 9289 |
| NNIMediaTeam@novonordisk.com | Globalmedia@novonordisk.com |

**Investors:**

| **Frederik Taylor Pitter (US)** | **Jacob Martin Wiborg Rode (Global)** |
|---|---|
| +1 609 613 0568 | +45 3075 5956 |
| fptr@novonordisk.com | jrde@novonordisk.com |

| **Sina Meyer (Global)** | **Ida Schaap Melvold (Global)** |
|---|---|
| +45 3079 6656 | +45 3077 5649 |
| azey@novonordisk.com | idmg@novonordisk.com |

**Max Ung (Global)**
+45 3077 6414
mxun@novonordisk.com

SOURCE NOVO NORDISK INC.