# EXHIBIT 7

# TRUIST HH

**Truist Securities**

Equity Research Report

May 13, 2025

**HEALTHCARE: DTC HCIT**

**Jailendra Singh**
212-401-4406
Jailendra.Singh@truist.com

**Jenny Cao**
212-326-3149
Jenny.Cao@truist.com

**Eduardo Ron**
212-326-3152
Eduardo.Ron@truist.com

**Payton Engdahl**
212-319-5476
Payton.Engdahl@truist.com

| | |
|---|---|
| Stock Rating | **HOLD** *Unchanged* |
| Price Target | **$45.00** ↑ *from $33.00* |

| | |
|---|---|
| TR to Target | (18.5)% |
| Price (May 12, 2025) | $55.21 |
| 52-Wk Range | $68.74-$12.89 |
| Market Cap ($M) | $11,895 |
| ADTV | 25,039,506 |
| Shares Out (M) | 215 |
| Short Interest Ratio/% Of Float | 34.2% |
| Dividend/Yield | $0.00/0.0% |
| Enterprise Value ($M) | $11,461 |
| Cash & Equivalents ($M) | $1,305 |
| Total Debt ($M) | $870 |

14 Page Document

## Reasons for this report

- ✓ Updating Estimates and PT
- ✓ Post Earnings Q&A Call

# Hims & Hers Health, Inc. (HIMS)

## Let's Play Q&A: Dissecting the Moving Parts

We had a post-quarterly call with HIMS to discuss 1Q25 results, puts and takes in weight loss solution outlook, guidelines around compounding personalized GLP-1s, and updates on the core business, among other topics. We maintain our Hold rating but update PT to $45 (vs $33 previously).

*Hims & Hers (HIMS, Hold) reported its 1Q25 earnings on 5/5 (see our first look note: [A Mixed Bag: Q1 Beat Driven by GLP-1; 2025 Rev Guidance Reaffirmed, EBITDA Raised]). Additional takeaways from our follow-up call with the company are highlighted below.*

**Discussion Around Novo Partnership.** On Novo's (NVO, NR) earning call, there was discussion around HIMS and Novo's updated thought process on personalized compounding post their telehealth collaboration announcements. Novo noted that they do not support mass personalized compounding and fully expect FDA to enforce the law on May 22. In HIMS view, Novo was likely referring to compounding from 503B facilities, which is no longer an option in a post shortage world. HIMS further believes Novo sees a place for personalized compounding in the market, as Novo talked about patients on compounded medications transitioning to branded, but did not think those on personalized doses would do so.

**Weight Loss Dynamics from Q1 to Q2.** In Q1, there were one-time benefits that will not necessarily repeat—subscribers coming onto the platform on the back of the Super Bowl commercial, subscribers joining the platform at the start of the year, and HIMS's weight specific branded initiatives. In Q2, there will also be commercial subscribers transitioning off the platform. These will be drivers to the sequential stepdown, and then it will build from there through the rest of the year. Further, many subscribers on longer durations will not always contribute revenue in a quarter. Therefore, in the weight loss business where price points are higher, there likely won't be a tailwind on monthly online revenue per sub given the timing dynamic.

**Trends in Non-GLP-1 Business.** As HIMS transitions to "daily" solution from "on demand" solutions, the company expects slower customer acquisition within Sexual Health specialty at times. HIMS is not interested in continuing to pursue on demand customers where attach rates are low, and retention is uncertain. Instead, the company is prioritizing a stronger and more durable part of that segment. In Q1, HIMS was conservative in its approach to marketing in the non-weight loss business. Heading into Q2 and Q3, HIMS is looking to lean back in, so there could be potentially reaccelerating growth.

**Updating Model; Maintain Hold, Adjusting PT.** While disclosures from the company have been sporadic, we have tried our best to breakdown GLP-1 vs non-GLP-1 subscribers and revenues in our model. Our conclusion is that unless the company's Q2 revenues exceed its current guidance, the ramp reflected in HIMS' 2H outlook might be a stretch. We are updating our FY2025/2026 revenue estimates to $2,302/$2,979 mln (vs $2,315/$2,937 mln previously) and our adjusted EBITDA estimates to $324/$440 mln (vs $307/$424 mln previously). Our PT is $45 (vs $33 previously), which is based on 24x our 2026 adjusted EBITDA estimate. Reiterate Hold.

| Revenue ($M) | 2024A | 2025E | | | 2026E | | |
|---|---|---|---|---|---|---|---|
| FYE Dec | | New | Old | Cons | New | Old | Cons |
| Q1 | $278 | $586 | *$539* | $586 | $675 | *$680* | $688 |
| Q2 | $316 | $549 | *$541* | $552 | $724 | *$714* | $707 |
| Q3 | $402 | $550 | *$586* | $586 | $769 | *$751* | $739 |
| Q4 | $481 | $617 | *$650* | $632 | $811 | *$792* | $779 |
| Year | $1,477 | $2,302 | *$2,315* | $2,346 | $2,979 | *$2,937* | $2,860 |
| EV/Sales | 7.8x | 5.0x | | | 3.8x | | |

SEE PAGE 12 FOR REQUIRED DISCLOSURE INFORMATION

## Detailed Management Call Takeaways

We had a post-quarterly call with HIMS to discuss 1Q25 results, puts and takes in weight loss solution outlook, guidelines around compounding personalized GLP-1s, and updates on the core business, among other topics. In the text below, we list our questions and the company's responses. The answers are not verbatim, but we put the company's answers in their proper context in a give and take format.

### Novo Partnership

**Question: We wanted to follow-up on a few things on your new partnership with Novo. First, on the company's ability to keep compounding Semaglutide, I understand HIMS does not interfere with how providers perceive with what is clinically necessary. However, on Novo's earning call, there was discussion around HIMS and Novo's updated thought process on personalized compounding post their telehealth collaboration announcements. Novo noted that they do not support mass personalized compounding and fully expect FDA to enforce the law on May 22. Any reaction to that comment?**

Answer: Novo was talking about mass personalized compounding, so Novo was likely referring to compounding from 503B facilities, which is no longer an option in a post shortage world. In HIMS view, Novo sees a place for personalized compounding in the market, as Novo talked about patients on compounded medications transitioning to branded, but did not think those on personalized doses would do so. HIMS feels good about the breadth of solutions that it would have as it moves into a world where there is more durability and clarity.

**Question: Has HIMS made any changes to its marketing around personalized Semaglutide or patient intake or prescription process since NOVO partnership?**

Answer: HIMS has been pretty thoughtful around ensuring it is taking the right approach with marketing. Often, HIMS is marketing a breadth of solutions in a given specialty, and the provider and patient together figure out which specific product is the right fit.

**Question: Can you share a bit on the economics of the NOVO partnership? Our understanding is that the medication itself is $499/month, and anything that HIMS charges on top of that is for the care? Would the medication cost show up in revenue or would you book only care revenue as your revenue?**

Answer: It is a revenue share agreement, so only HIMS's portion of the revenue will be flowing through the P&L.

**Question: In that case, is it fair to say that your portion of profitability will be higher in 4 weeks and 12-weeks offerings because the subscription fee there is higher on a per month basis ($899/month for 4-week plan and $649/month for 12-weeks plan) but HIMS is still paying NOVO $499/month?**

Answer: HIMS has not commented specifically on unit economics across durations but that is a fair way to think about it.

**Question: For the 12-week and 6-month plans, is revenue recognition similar to Semaglutide, where it is recognized when shipped?**

Answer: Yes.

**Question: How should we think about gross margin profile of this piece of business (in isolation, and all else equal)? Do you this as a gross margin dilutive or accretive to overall gross margin for the company?**

Answer: The distribution and fulfillment will be handled by Centerwell [part of Humana (HUM, Hold, MacDonald)], so the margin profile wouldn't be tremendously disruptive to consolidated margin profile trends to the full year.

**Question: How is this not margin accretive (unless you are taking into consideration any corresponding loss of other GLP-1 subscribers on HIMS platform? For example, for $599/month for 6-month subscription, it would imply total subscription cost of $3,594 ($2,994 would be the medication cost and $600 for care on HIMS platform). Assuming the cost around initial patient prescription/intake process is $25-$30, shouldn't the gross margin be 95-96%? Even for 4-weeks subscription of $899/month – the medication cost of $499/month and care of $400, a $25-$30 care cost would imply around 93-94% gross margin?**

Truist Securities

Answer: HIMS will not comment specifically on the economics, but it is important to note that HIMS incentives are aligned with subscribers so that as the solution scales, it will not be disruptive to HIMS consolidated margin profile.

**Question: With respect to developing a broader roadmap together with Novo Nordisk, beyond the initial launch on the access to Wegovy, is that an exclusive arrangement between HIMS and NOVO?**

Answer: There are no exclusivities as part of the collaboration today.

## Compounded Semaglutide

**Question: Following up on how HIMS is navigating the clinical exemptions guideline, can we clarify whether the clinical needs exemption synonymous with the 503A exemption?**

Answer: Yes, the exemption essentially allows personalization when there is a clinical need for something that is not commercially available.

**Question: Is the clinical needs exemption restricted to 503A pharmacies? Or can 503B pharmacies also operate within the personalization/clinical needs' exemption?**

Answer: There may be some states where 503Bs can supply 503A, but under the 503A exemptions, all personalization must be done in 503A pharmacies.

**Question: Does that mean whatever HIMS is fulfilling today is through 503A pharmacies?**

Answer: That is where HIMS is transitioning to.

**Question: Since 503A pharmacies are regulated by state pharmacy boards, does HIMS have all the state-by-state licenses to ship across state lines when fulfilling personalized GLP-1 orders?**

Answer: These regulations are changing in some places, such as certain areas requiring synchronous care. Given the breadth of solutions that HIMS has on the platform, HIMS can provide weight loss options in every state today. Each state may be different in how they are approach 503A and 503B pharmacies, but HIMS has taken all of that into account when it thought about the full year.

**Question: On the call, HIMS talked about investing infrastructure to unlock sterile fulfillment capacity across facilities. Are those investments in your 503A facilities? Just trying to understand whether the sterile fulfillment investment can allow for manufacturing capabilities similar to 503Bs.**

Answer: HIMS wouldn't think of it as being necessarily concentrated to any one facility. The sterile fulfillment investments will not just be for GLP-1s, but also for other product lines such as new solutions around menopause and low testosterone. HIMS is making sure it is in a position to scale new solutions when they launch.

**Question: In your 10Q, HIMS noted a "significant majority" of GLP-1 subscribers in Q1 were on personalized doses of GLP-1s. What does "significant majority" mean? Over 50-60%? Or something like 75-80%?**

Answer: If HIMS wanted to define significant majority further, it would have used a different term.

**Question: How should we think of personalized Semaglutide revenue contribution in Q2? Let's assume 75% of GLP-1 revenues in Q1 were related to personalized Semaglutide which would imply around $170-$175 mln. Let's say we assume 20% sequential decline on this revenue from Q1 to Q2 because of seasonality, it implies around personalized semaglutide revenue of around $135-$140 mln in Q2. Even if we assume sequentially stable trends there from Q2-Q4, we are already looking at $640-$645 mln of GLP-1 revenue. This is before oral medications weight loss business which I believe is definitely at a run-rate higher than $100 mln annually, Liraglutide contribution, and any benefit from Novo partnership on Wegovy. Are we missing anything here?**

Answer: HIMS cannot comment on individual products within any specialties. To talk about oral weight loss revenue contribution, Wegovy revenue contribution, or anything on a product-by-product basis is a bit distracting when HIMS is ramping a specialty today that is serving >100 mln people who are struggling with weight loss. HIMS is excited about the trajectory that the business is on and believes it can serve a tremendous amount of people in that specialty.

Truist Securities

**Question: Directionally, however, is it fair to think personalized Semaglutide steps down from Q1 to Q2, and stabilizes in Q3 and Q4?**

Answer: HIMS cannot comment on the specifics within a specialty.

**Question: Do you have an estimate on HIMS market share of compounded Semaglutide? Novo noted that of ~1 mln patients on compounded GLP-1s today, roughly 70% is for the compounding of Semaglutide. HIMS had roughly 144K, or ~20%, of the 700K patients on compounded Semaglutide. Is that the right way to think about it?**

Answer: HIMS is not sure how Novo came up with that number, so it is hard for the company to comment. However, as HIMS builds brand trust, it is confident that it is building share and be a leader in weight loss.

## 1Q25 Results

**Question: HIMS noted that subscribers outside of GLP-1s this quarter were up 30% Y/Y – that would imply 2.222 mln non-GLP-1 Subscribers in 1Q25 and GLP-1 subscribers at 144K. The company gave the breakdown in Q3, but we couldn't find the comparable figures for Q4. Trying to get a sense of sequential trends in both GLP-1 and non-GLP-1 subscribers in 1Q25?**

Answer: HIMS hasn't disclosed that publicly. However, given what was happening in Q4 vs Q1, there were probably more subscribers coming to platform given the Super Bowl Ad and "New-Year, New Me".

**Question: So, Q1 should be at least up sequentially?**

Answer: That is fair.

**Question: On the revenue side, is it fair that non-GLP-1 revenues were up roughly MSD in Q4 and Q1?**

Answer: Given HIMS gives guidance and Y/Y growth expectations, questions like that are missing the forest through the trees. It over indexes to 1-2% here and there. The reality is that the non-GLP-1 business was growing close to 30% in Q1, and the company feels good about growth trends, especially considering those specialties were underinvested in relative to weight. As HIMS starts to normalize investments in non-GLP-1 specialties for the rest of the year, the company feels good about continued strong growth.

**Question: Do you have a lot of subscribers who subscribe to both GLP-1 and non-GLP-1 offering? Do you count them twice?**

Answer: A subscriber is a subscriber. A subscriber can have multiple subscriptions on the HIMS platform, but they wouldn't be double counted in subscriber count.

**Question: How much overlap is non-GLP-1 and GLP-1 subscribers?**

Answer: The overlap is happening. In 3Q24, it was roughly 20%.

**Question: Can you help us understand the rationale behind not disclosing AOV and Net Orders? I understand subscribers are important, but not every subscriber is going to be contributing to revenues in a quarter.**

Answer: It is a fundamental difference in how the management thinks about growing the platform. There is average monthly revenue generated by those subscribers and HIMS is focused on reaching and serving those people in a way that creates a resonating value proposition. AOVs and Net Orders are more transactional and that is not how HIMS thinks about building long term relationships with subscribers.

## Liraglutide

**Question: Do you compound Liraglutide in house or through 3rd party generic manufacturer?**

Answer: HIMS is primarily using a third party.

**Question: If 12-month Liraglutide is $299/month, do you offer Liraglutide in lower duration subscriptions? We were unable to figure that out on your website using the intake form.**

Answer: Yes, HIMS does offer that.

**Question: Are you expecting any meaningful contribution from Liraglutide in 2Q25?**

Answer: HIMS has seen a successful launch. All weight loss product components will be material contributors.

## Non-GLP-1 Business Trends

**Question: You guys noted in the shareholder letter that the transition to "daily" solution from "on demand" solutions has resulted in slower customer acquisition within Sexual Health specialty at times. Can you elaborate more on that? Is that because of higher competition in that part of the market? Are customers apprehensive to using a solution regularly?**

Answer: It is not necessarily increasing competition, but HIMS lack of interest in continuing to pursue on demand customers where attach rates are low, and retention is uncertain. HIMS is prioritizing a stronger and more durable part of that segment. It is a fundamental shift in how HIMS is looking to serve the customer to be more aligned on how the company serves other specialties. On-demand solutions have historically been 80-90% of the category, but HIMS is excited about its ability to do more personalization and solve more conditions. This has resulted in a fundamental makeshift in how customers are approaching that specialty. Already, HIMS is seeing retention rates in daily solutions being 10 points higher.

## 2025/2Q25 Revenue Guidance

**Question: Revenues in Q1 were around $46 mln higher than the high end of your quarterly outlook. However, you guys are keeping the guidance unchanged – is that because of the mix of the beat in the quarter relative to your own internal expectations or were there any other factors which is resulting in the revenue guidance left unchanged?**

Answer: Relative to internal expectations, there were efficiencies across the board. HIMS saw efficient marketing within its weight loss business (better returns on New Year, New Me type branding; strong returns on the Super Bowl ad). The company also held back spend in non-weight loss business and saw efficiencies get better there as well.

**Question: Can you help us understand what were the offsets in you keeping guidance unchanged despite the beat in the quarter?**

Answer: HIMS continues to feel great about where it is positioned and ability to hit full year guide. The company did raise bottom line, so the full year guidance contemplates continued strength in both weight loss business and improving strength in non-weight loss piece as the company sees normalizing marketing trends.

**Question: Asked another way, is it fair to say that your expectations on core business have not changed since Q4 call?**

Answer: HIMS still continues to feel good about growth dynamics across the business and platform.

**Question: It seems you are keeping your full year outlook of "at least" $725 mln unchanged for weight loss business. HIMS announced Wegovy partnership after sharing the $725 mln weight loss guidance. Could Wegovy be incremental to that?**

Answer:  When HIMS gave the initial $725 mln floor, HIMS had assumed that it would continue to evolve and expand the breadth of its weight loss offering. HIMS continues to feel good about how it is positioned and is not making changes to the $725 mln floor.

**Question: What are the weight loss dynamics from Q1 to Q2 as you launch new offerings onto the platform offsetting commercial dosage consumers transitioning off?**

Answer: In Q1, there were one-time benefits that will not necessarily repeat—subscribers coming onto the platform on the back of the Super Bowl commercial, subscribers joining the platform at the start of the year, and HIMS's weight specific branded initiatives. In Q2, there will also be commercial subscribers transitioning off the platform. These will be drivers to the sequential stepdown, and then it will build from there through the rest of the year.

**Question: What are the puts and takes around revenue per subscriber? I understand you expect monthly online revenue per average subscriber to moderate as it moves through the year, driven by subscriber**

**Truist Securities**

transitions off of commercially available Semaglutide and typical seasonality in weight offering. Are there any drivers to the moderation?

Answer: It is primarily a weight loss dynamic. Something to note is that many subscribers on longer durations will not always contribute revenue in a quarter. For instance, if HIMS adds a customer in February that opted for a 6-month subscription, they will pull up monthly online revenue per subscriber in Q1, not contribute anything in Q2, and contribute again in Q3 when they renew. Therefore, in the weight loss business where price points are higher, there likely won't be a tailwind on monthly online revenue per sub given the timing dynamic.

**Question: How are you thinking about deferred revenue for Q2 given all these dynamics?**

Answer: HIMS is not in a position to guide deferred revenue.

## Margins Dynamics

**Question: HIMS chose to reduce overall spend as opposed to recalibrate weight related spend to other categories after the end of the Semaglutide shortage in February. How do you think about gross margin expansion drivers for the balance of the year?**

Answer: As the weight loss category normalizes through the year as it is not as new as a category, HIMS expects to see gross margins there improve over time. Additionally, there will be a mix shift back towards non weight loss categories as the company moves through the remaining of the year. Lastly, the normalizing marketing spend will provide a gross margin tailwind that sets Q1 as the low point for the year.

**Question: Can you talk a bit about marketing strategy in the quarter and how you plan to allocate marketing dollars through the balance of the year?**

Answer: In Q4, HIMS talked about prepping for heavyweight investment in Q1. The company expects that to normalize through the rest of the year as it reinvests in more traditional areas of the business. HIMS was conservative in its approach to marketing in the non-weight loss business and was pleased with the efficiencies that it saw when it was not spending as much at the top of the funnel. Heading into Q2 and Q3, HIMS is looking to lean back in, so there could be potentially reaccelerating growth.

## Miscellaneous

**Question: Can you talk about HIMS tariff exposure?**

Answer: HIMS feels comfortable with its ability to offset any potential tariff headwinds with ongoing operating efficiencies and continued growth, especially in longer tenured businesses where gross margin profile has matured to a healthy level.

**Question: HIMS recently closed $870 mln of convertible notes to fund expansion. How should we think of use of proceeds? Seems like good interest as the deal was upsized from $450 mln?**

Answer: HIMS is very happy with how all that came together, especially around the size and the 0% coupon. In HIMS view, it is reflective of a lot of demands and some excitement on the institutional side. Additionally, it allows the company to accelerate longer term priorities in connection with 2030 targets around more personalization, new specialties, and explore growth outside of the US.

**Great. Thanks a lot.**

*Truist Securities Commentary: Since HIMS launched its compounded GLP-1 offering, the compounded Semaglutide space saw increased attention and influx of new entrants into the space. In the tables below, we have aggregated GLP-1 pricing across medication types and players.*

**Truist Securities**

*Figure 2: Compounded Semaglutide Pricing Among Telehealth Players*

| Compounded Semaglutide | 1-month | 3-month | 6-month | 12-month |
|---|---|---|---|---|
| Hims & Hers | 399/month | $897 ($299/month) | $1,494 ($249/month) | $1,980 ($165/month) |
| LifeMD | $129/month for the weight management program that allows access to GLP-1 medications, but does not include cost of drug | | | |
| Noom | $149 for the first month and then $837 for 3-month subscription ($279/month) | | | |
| Ro | $254/month +$145 monthly membership fee | | | |
| Thirty Madison | $179-$299/month depending on dosage strength<br>- One time charge of $39<br>- Ongoing care fee of $59/month | | | |
| Weight Watchers | $199/month | | | |

*Source: Truist Securities Research*

*Figure 1: Wegovy Cash-Pay Pricing Across NovoCare Partners*

| Wegovy Cash-Pay | 1-month | 3-month | 6-month |
|---|---|---|---|
| CVS | $499 | | |
| Hims & Hers | $899/month | $1947 ($649/month) - Charged $1,947 every 12 weeks, ships every 4 weeks | $3,594 ($599/month) - Charged $3,594 every 24 weeks, ships every 4 weeks |
| LifeMD | $499* | | |
| Ro | $499* | | |

*Source: Truist Securities Research; *Note: LifeMD (LFMD, NR) and Ro (private) have not shared bundled care price. However, LifeMD currently charges $129/month for its weight management program and Ro $145/month for Ro Body membership*

**Truist Securities**

*Figure 3: Branded-GLP-1 Pricing*

| Branded GLP-1s | 1-month |
|---|---|
| LillyDirect (Zepbound 2.5mg) | $349 |
| LillyDirect (Zepbound 5mg, 7.5mg, and 10mg) | $499 |
| NovoCare (Wegovy 2.4mg) | $499 |
| Branded Ozempic | $1,000-$1,200 average retail price |
| Branded Wegovy | $1,350 average retail price |
| Hims & Hers (Ozempic) | $1,799 |
| Branded Zepbound | $1,060 average retail price |
| Branded Mounjaro | $1,000-$1,200 average retail price |
| Hims & Hers (Mounjaro and Zepbound) | $1,899 |

*Source: Truist Securities Research*

TRUIST HH    Truist Securities

Analyst: Jailendra Singh
Work: (212) 401-4406
Email: Jailendra.Singh@Truist.com
Last Updated: 05/12/2025

**Hims & Hers (HIMS)** — *Required disclosures are on the last tab of the workbook*

| HIMS Income Statement ($MM, except per share data) | 2020 | 2021 | 2022 | 2023 | 2024 | 1Q25 | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Online Revenue | $140.7 | $259.2 | $502.5 | $842.4 | $1,437.9 | $576.4 | $540.1 | $540.3 | $605.9 | $2,262.7 | $2,939.5 | $3,590.0 | $4,271.5 | $5,068.3 | $6,013.4 | $7,129.8 | $8,443.3 |
| Wholesale Revenue | $8.0 | $12.7 | $24.4 | $29.6 | $38.6 | $9.6 | $9.2 | $9.4 | $10.9 | $39.2 | $39.2 | $39.2 | $39.2 | $39.2 | $39.2 | $39.2 | $39.2 |
| **Total Revenue** | **$148.8** | **$271.9** | **$526.9** | **$872.0** | **$1,476.5** | **$586.0** | **$549.4** | **$549.7** | **$616.8** | **$2,301.9** | **$2,978.7** | **$3,629.3** | **$4,310.7** | **$5,107.6** | **$6,052.6** | **$7,169.0** | **$8,482.6** |
| *Guidance* | | | $519-$522 | $868-$873 | $1,460-$1,465 | 520-540 | 530-550 | | | 2,300-2,400 | | | | | | | |
| Cost of Revenue | $39.4 | $67.4 | $118.2 | $157.1 | $303.4 | $155.3 | $135.7 | $130.3 | $146.2 | $567.6 | $706.1 | $841.8 | $999.8 | $1,184.6 | $1,403.8 | $1,662.8 | $1,967.4 |
| **Gross Profit** | **$109.4** | **$204.5** | **$408.7** | **$714.9** | **$1,173.1** | **$430.7** | **$413.6** | **$419.4** | **$470.6** | **$1,734.3** | **$2,272.6** | **$2,787.5** | **$3,310.9** | **$3,922.9** | **$4,648.8** | **$5,506.3** | **$6,515.1** |
| Marketing (ex. SBC) | $57.8 | $126.2 | $267.9 | $441.0 | $669.5 | $228.5 | $237.1 | $240.7 | $280.0 | $986.3 | $1,279.9 | $1,504.6 | $1,722.4 | $1,979.5 | $2,273.2 | $2,692.5 | $3,185.8 |
| SG&A (ex. SBC & D&A & Other Costs) | $60.0 | $106.1 | $159.5 | $233.4 | $336.6 | $113.8 | $104.7 | $102.9 | $113.3 | $434.6 | $552.8 | $662.9 | $774.4 | $907.3 | $1,063.1 | $1,244.9 | $1,464.5 |
| **Total Operating Expenses** | **$117.8** | **$232.3** | **$427.4** | **$674.4** | **$1,006.1** | **$342.2** | **$341.8** | **$343.6** | **$393.3** | **$1,420.9** | **$1,832.7** | **$2,167.4** | **$2,496.8** | **$2,886.8** | **$3,336.3** | **$3,937.3** | **$4,650.2** |
| Other Income (Expense), Net | $0.3 | -$2.2 | $2.9 | $9.0 | $9.8 | $2.6 | $2.6 | $2.6 | $2.6 | $10.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Adjusted EBITDA** | **-$8.1** | **-$30.1** | **-$15.8** | **$49.5** | **$176.873** | **$91.1** | **$74.4** | **$78.5** | **$79.9** | **$323.8** | **$439.9** | **$620.1** | **$814.1** | **$1,036.1** | **$1,312.5** | **$1,569.0** | **$1,864.9** |
| *Guidance* | | | ($20)-($18) | $43-$46 | | $22-$27 | 65-75 | | | 295-335 | | >$1.3 bln | | | | | |
| GLP-1 Adjusted EBITDA Contribution | | | | | $16.9 | $36.8 | $24.5 | $20.7 | $22.2 | $104.2 | $88.5 | $93.7 | $97.3 | $100.8 | $104.4 | $108.1 | $111.9 |
| GLP-1 Adjusted EBITDA Contribution Margin Estimate | | | | | 7.2% | 16.0% | 13.5% | 13.8% | 14.0% | 14.5% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Implied Non-GLP1 Adjusted EBITDA | | | | | $160.0 | $54.3 | $49.9 | $57.7 | $57.7 | $219.6 | $351.4 | $526.3 | $716.8 | $935.3 | $1,208.2 | $1,460.9 | $1,753.0 |
| Implied Non-GLP-1 Adjusted EBITDA Margin | | | | | 12.9% | 15.2% | 13.6% | 14.5% | 12.6% | 13.9% | 15.3% | 18.1% | 20.1% | 21.6% | 23.0% | 23.1% | 23.0% |
| Depreciation & Amortization | $1.1 | $4.1 | $7.5 | $9.5 | $17.1 | $8.3 | $8.7 | $9.1 | $9.6 | $35.7 | $43.4 | $52.7 | $60.6 | $69.7 | $80.2 | $92.2 | $106.0 |
| **Adjusted EBIT** | **-$9.2** | **-$34.2** | **-$23.2** | **$40.0** | **$159.8** | **$82.8** | **$65.7** | **$69.3** | **$70.3** | **$288.2** | **$396.5** | **$567.4** | **$753.5** | **$966.4** | **$1,232.4** | **$1,476.8** | **$1,758.9** |
| Change in FV of liabilities | -$3.1 | $6.5 | -$0.1 | $1.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense (Interest Income), Net | -$0.4 | -$0.4 | -$2.6 | -$9.0 | -$10.3 | -$2.6 | -$5.9 | -$9.1 | -$9.1 | -$26.7 | -$36.5 | -$36.5 | -$36.5 | -$36.5 | -$36.5 | -$36.5 | -$36.5 |
| **Adjusted EBT** | **-$11.8** | **-$27.3** | **-$20.6** | **$48.0** | **$170.1** | **$85.4** | **$71.6** | **$78.5** | **$79.4** | **$314.8** | **$433.0** | **$603.9** | **$790.0** | **$1,002.9** | **$1,268.9** | **$1,513.3** | **$1,795.4** |
| Income Tax (Benefit) | -$0.1 | $3.1 | -$0.2 | -$2.0 | $54.3 | -$11.0 | -$14.3 | -$15.7 | -$15.9 | -$56.9 | -$86.6 | -$120.8 | -$158.0 | -$200.6 | -$253.8 | -$302.7 | -$359.1 |
| **Adjusted Net Income** | **-$12.0** | **-$24.1** | **-$20.8** | **$46.0** | **$224.5** | **$74.4** | **$57.3** | **$62.8** | **$63.5** | **$257.9** | **$346.4** | **$483.1** | **$632.0** | **$802.3** | **$1,015.1** | **$1,210.6** | **$1,436.3** |
| One-Time Items | $6.2 | $83.5 | $44.0 | $129.7 | $179.2 | $24.9 | $23.3 | $23.3 | $26.2 | $184.5 | $227.5 | $277.1 | $174.3 | $206.5 | $244.7 | $289.9 | $343.0 |
| **GAAP Net Income** | **-$18.1** | **-$107.7** | **-$65.9** | **-$23.5** | **$126.038** | **$49.485** | **$34.0** | **$39.4** | **$37.3** | **$160.2** | **$225.9** | **$336.3** | **$457.6** | **$595.8** | **$770.4** | **$920.8** | **$1,093.4** |
| Basic Shares Outstanding | 35.354 | 186.782 | 204.505 | 209.321 | 215.929 | 221.989 | 222.087 | 222.182 | 222.275 | 222.133 | 222.073 | 222.017 | 221.936 | 221.860 | 221.790 | 221.724 | 221.661 |
| Diluted Shares Outstanding | 35.354 | 186.782 | 204.505 | 211.887 | 234.988 | 246.610 | 246.719 | 246.824 | 246.927 | 246.770 | 246.703 | 246.641 | 246.551 | 246.467 | 246.389 | 246.315 | 246.246 |
| GAAP EPS | -$0.51 | -$0.58 | -$0.32 | -$0.11 | $0.58 | $0.22 | $0.15 | $0.18 | $0.17 | $0.72 | $1.02 | $1.51 | $2.06 | $2.69 | $3.47 | $4.15 | $4.93 |
| **Diluted GAAP EPS** | **-$0.51** | **-$0.58** | **-$0.32** | **-$0.11** | **$0.54** | **$0.20** | **$0.14** | **$0.16** | **$0.15** | **$0.65** | **$0.92** | **$1.36** | **$2.56** | **$3.26** | **$4.12** | **$4.91** | **$5.83** |

**Reconciliation of Net Income to EBITDA**

| | 2020 | 2021 | 2022 | 2023 | 2024 | 1Q25 | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marketing SBC | $1.2 | $9.7 | $4.6 | $5.5 | $9.4 | $2.8 | $2.6 | $2.6 | $2.9 | $10.9 | $13.4 | $16.4 | $19.4 | $23.0 | $27.3 | $32.3 | $38.3 |
| SG&A SBC | $4.7 | $57.5 | $38.2 | $60.6 | $82.9 | $22.1 | $20.7 | $20.7 | $23.2 | $86.7 | $107.0 | $130.3 | $154.8 | $183.4 | $217.3 | $257.4 | $304.6 |
| **Total SBC** | **$5.8** | **$67.2** | **$42.8** | **$66.1** | **$92.3** | **$24.858** | **$23.3** | **$23.3** | **$26.2** | **$97.6** | **$120.4** | **$146.7** | **$174.2** | **$206.4** | **$244.6** | **$289.8** | **$342.9** |
| Depreciation and Amortization | $1.1 | $4.1 | $7.5 | $9.5 | $17.1 | $8.3 | $8.7 | $9.1 | $9.6 | $35.7 | $43.4 | $52.7 | $60.6 | $69.7 | $80.2 | $92.2 | $106.0 |

**Margin Analysis**

| | 2020 | 2021 | 2022 | 2023 | 2024 | 1Q25 | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS Ratio | 26.5% | 24.8% | 22.4% | 18.0% | 20.5% | 26.5% | 24.7% | 23.7% | 23.7% | 24.7% | 23.7% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% | 23.2% |
| **Gross Margin** | **73.5%** | **75.2%** | **77.6%** | **82.0%** | **79.5%** | **73.5%** | **75.3%** | **76.3%** | **76.3%** | **75.3%** | **76.3%** | **76.8%** | **76.8%** | **76.8%** | **76.8%** | **76.8%** | **76.8%** |
| Paid Marketing Expense | 29.6% | 36.5% | 43.7% | 43.5% | 40.3% | 34.4% | 38.2% | 39.0% | 40.9% | 38.2% | 38.9% | 37.7% | 36.2% | 35.0% | 33.8% | 33.8% | 33.8% |
| Other Marketing Expense | 9.3% | 10.0% | 7.1% | 7.0% | 5.1% | 4.6% | 4.9% | 4.8% | 4.5% | 4.7% | 4.0% | 3.7% | 3.7% | 3.7% | 3.7% | 3.7% | 3.7% |
| **Marketing Expense** | **38.9%** | **46.4%** | **50.9%** | **50.6%** | **45.3%** | **39.0%** | **43.2%** | **43.8%** | **45.4%** | **42.8%** | **43.0%** | **41.5%** | **40.0%** | **38.8%** | **37.6%** | **37.6%** | **37.6%** |
| Operations & Support | | | | 13.0% | 11.9% | 10.2% | 10.0% | 9.7% | 9.5% | 9.9% | 9.7% | 9.6% | 9.5% | 9.4% | 9.3% | 9.2% | 9.1% |
| Technology & Development | | | | 4.7% | 4.5% | 4.4% | 4.4% | 4.4% | 4.4% | 4.4% | 4.3% | 4.2% | 4.1% | 4.1% | 4.1% | 4.1% | 4.1% |
| General & Administrative | | | | 9.1% | 6.5% | 4.8% | 4.7% | 4.6% | 4.5% | 4.6% | 4.5% | 4.4% | 4.3% | 4.2% | 4.1% | 4.0% | 4.0% |
| **SG&A** | **40.3%** | **39.0%** | **30.3%** | **26.8%** | **22.8%** | **19.4%** | **19.1%** | **18.7%** | **18.4%** | **18.9%** | **18.6%** | **18.3%** | **18.0%** | **17.8%** | **17.6%** | **17.4%** | **17.3%** |
| D&A | 0.7% | 1.5% | 1.4% | 1.1% | 1.2% | 1.4% | 1.6% | 1.7% | 1.6% | 1.5% | 1.5% | 1.5% | 1.4% | 1.4% | 1.3% | 1.3% | 1.2% |
| **Operating Expense Ratio** | **79.2%** | **85.5%** | **81.1%** | **77.3%** | **68.1%** | **58.4%** | **62.2%** | **62.5%** | **63.8%** | **61.7%** | **61.5%** | **59.7%** | **57.9%** | **56.5%** | **55.1%** | **54.9%** | **54.8%** |
| **Adjusted EBITDA Margin** | **-5.5%** | **-11.1%** | **-3.0%** | **5.7%** | **12.0%** | **15.5%** | **13.5%** | **14.3%** | **12.9%** | **14.1%** | **14.8%** | **17.1%** | **18.9%** | **20.3%** | **21.7%** | **21.9%** | **22.0%** |
| *Guidance (Midpoint)* | | | (3.7%) | | | | | | | | | | | | | | |
| Adjusted EBIT Margin | -6.2% | -12.6% | -4.4% | 4.6% | 10.8% | 14.1% | 12.0% | 12.6% | 11.4% | 12.5% | 13.3% | 15.6% | 17.5% | 18.9% | 20.4% | 20.6% | 20.7% |
| SBC | 3.9% | 24.7% | 8.1% | 7.6% | 6.3% | 4.2% | 4.2% | 4.2% | 4.2% | 4.2% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Income Tax | -1.1% | 11.5% | -1.0% | 0.2% | -3.7% | 12.9% | 20.0% | 20.0% | 20.0% | 11.1% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |

**Y/Y Growth**

| | 2020 | 2021 | 2022 | 2023 | 2024 | 1Q25 | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Online Revenue | 80.2% | 84.2% | 93.9% | 67.6% | 70.7% | 115.3% | 76.0% | 37.6% | 28.7% | 57.4% | 29.9% | 22.1% | 19.0% | 18.7% | 18.6% | 18.6% | 18.4% |
| Wholesale Revenue | 80.2% | 58.3% | 92.1% | 21.3% | 30.2% | -7.3% | 5.0% | 5.0% | 5.0% | 1.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Revenue** | **80.2%** | **82.8%** | **93.8%** | **65.5%** | **69.3%** | **110.7%** | **74.0%** | **36.9%** | **28.2%** | **55.9%** | **29.4%** | **21.8%** | **18.8%** | **18.5%** | **18.5%** | **18.4%** | **18.3%** |
| Cost of Revenue | 3.8% | 71.1% | 75.4% | 32.9% | 93.2% | 216.5% | 129.9% | 55.7% | 31.0% | 87.1% | 24.4% | 19.2% | 18.8% | 18.5% | 18.5% | 18.4% | 18.3% |
| Gross Profit | 145.2% | 87.0% | 99.9% | 74.9% | 64.1% | 88.0% | 61.2% | 31.9% | 27.3% | 47.8% | 31.0% | 22.7% | 18.8% | 18.5% | 18.5% | 18.4% | 18.3% |
| Paid Marketing | | 125.2% | 132.5% | 64.8% | 56.6% | 78.1% | 69.6% | 33.5% | 28.2% | 47.7% | 32.0% | 18.1% | 14.1% | 14.6% | 14.4% | 18.4% | 18.3% |
| Other Marketing | -77.5% | 96.4% | 38.3% | 63.2% | 22.4% | 73.9% | 44.7% | 36.9% | 28.2% | 44.0% | 11.6% | 12.2% | 18.8% | 18.5% | 18.5% | 18.4% | 18.3% |
| Marketing (ex. SBC) | -6.1% | 118.3% | 112.2% | 64.6% | 51.8% | 77.6% | 66.3% | 33.8% | 28.2% | 47.3% | 29.8% | 17.6% | 14.5% | 14.9% | 14.8% | 18.4% | 18.3% |
| SG&A (ex. SBC & D&A & Acquisition Costs) | 26.1% | 76.8% | 50.3% | 46.4% | 44.2% | 61.1% | 35.7% | 16.7% | 12.5% | 29.1% | 27.2% | 19.9% | 16.8% | 17.2% | 17.2% | 17.1% | 17.6% |
| **Adjusted EBITDA** | | | | | 257.2% | 181.5% | 89.4% | 53.5% | 47.6% | 83.1% | 35.8% | 41.0% | 31.3% | 27.3% | 26.7% | 19.5% | 18.9% |

*Source: Company Reports and Truist Securities Estimates*

| HIMS Cash Flow Statement ($MM) | 2020 | 2021 | 2022 | 2023 | 2024 | 1Q25 | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | -$18.1 | -$107.7 | -$65.9 | -$23.5 | $126.0 | $49.5 | | | | $160.2 | $225.9 | $336.3 | $457.6 | $595.8 | $770.4 | $920.8 | $1,093.4 |
| Depreciation & Amortization | $1.1 | $4.1 | $7.5 | $9.5 | $17.1 | $8.3 | | | | $35.7 | $43.4 | $52.7 | $60.6 | $69.7 | $80.2 | $92.2 | $106.0 |
| Amortization of Debt Issuance Costs | $0.3 | $0.1 | $0.0 | -$5.7 | -$4.4 | $0.0 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Non-cash Operating Lease Expense | $0.0 | $1.5 | $1.6 | $1.9 | $2.5 | $1.9 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| SBC Expense | $5.8 | $67.2 | $42.8 | $66.1 | $92.3 | $24.9 | | | | $184.4 | $227.4 | $277.0 | $329.0 | $389.8 | $462.0 | $547.2 | $647.5 |
| Change in fair value of liabilities | $3.1 | -$3.8 | -$0.1 | $1.1 | $0.0 | $0.0 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Non-Cash Expenses | $1.1 | $0.7 | $1.7 | $3.3 | -$61.2 | $0.3 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Changes in Operating Assets & Liabilities | | | | | | | | | | | | | | | | | |
| Inventory | $0.7 | -$9.6 | -$8.0 | -$0.9 | -$41.6 | -$11.7 | | | | -$5.5 | -$17.1 | -$16.7 | -$19.5 | -$22.8 | -$27.0 | -$31.9 | -$37.6 |
| Prepaid Expenses and Other Assets | -$0.6 | $3.2 | -$6.3 | -$6.4 | -$9.5 | -$17.2 | | | | -$17.4 | -$14.3 | -$13.7 | -$14.4 | -$16.8 | -$19.9 | -$23.6 | -$27.7 |
| Other Long term assets | $0.0 | -$0.1 | $0.0 | -$0.1 | -$0.1 | $0.1 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Accounts Payable | $0.8 | $9.9 | $12.7 | $7.3 | $43.7 | $14.5 | | | | $8.2 | $27.5 | $23.5 | $24.4 | $33.4 | $43.0 | $50.9 | |
| Accrued Liabilities | $2.4 | $0.2 | $0.9 | $16.5 | $23.8 | $4.4 | | | | $27.5 | $22.3 | $19.0 | $19.7 | $23.3 | $27.1 | $34.8 | $41.2 |
| Deferred revenue | $0.5 | $1.4 | -$1.7 | $6.3 | $67.6 | $35.5 | | | | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 | $10.0 |
| Operating Lease Liabilities | $0.0 | -$1.5 | -$1.6 | -$1.9 | -$2.4 | -$1.2 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Liabilities | $0.4 | $0.0 | -$10.2 | $0.0 | -$2.8 | $0.0 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Net Cash from Operating Activities** | **-$2.5** | **-$34.4** | **-$26.5** | **$73.5** | **$251.1** | **$109.1** | | | | **$403.0** | **$525.1** | **$688.1** | **$867.5** | **$1,077.7** | **$1,336.0** | **$1,592.5** | **$1,883.6** |
| Change in Investments | -$35.5 | -$104.8 | $42.4 | $14.4 | $49.1 | $31.3 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Purchase of Property & Equipment | -$1.7 | -$0.8 | -$2.7 | -$17.2 | -$41.7 | -$55.3 | | | | -$127.2 | -$164.7 | -$200.6 | -$238.3 | -$282.3 | -$334.6 | -$396.3 | -$468.9 |
| Acquisition, Net of Cash Acquired | $0.0 | -$46.5 | -$0.5 | $0.0 | -$15.4 | -$5.1 | | | | -$15.4 | -$15.4 | -$15.4 | -$15.4 | -$15.4 | -$15.4 | -$15.4 | -$15.4 |
| Investment in Website Development and Internal-Use Software | -$2.5 | -$4.2 | -$4.5 | -$9.3 | -$11.1 | -$3.7 | | | | -$33.9 | -$43.9 | -$53.4 | -$63.5 | -$75.2 | -$89.1 | -$105.6 | -$124.9 |
| **Net Cash from Investing Activities** | **-$39.7** | **-$156.3** | **$34.7** | **-$12.1** | **-$19.0** | **-$32.8** | | | | **-$176.5** | **-$223.9** | **-$269.4** | **-$317.1** | **-$372.9** | **-$439.1** | **-$517.2** | **-$609.2** |
| (Payment)/Issuance of Long-Term Debt | -$1.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | | $870.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| (Repurchase)/Issuance of Common Stock | $48.5 | $239.0 | -$32.7 | -$2.0 | -$83.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | -$20.0 | -$20.0 | -$20.0 | -$20.0 | -$20.0 | -$20.0 | -$20.0 |
| Proceeds from Exercise of Stock Options | $0.7 | $2.0 | $3.4 | $2.3 | $3.9 | $3.9 | $3.9 | $3.9 | $3.9 | $15.7 | $15.7 | $15.7 | $15.7 | $15.7 | $15.7 | $15.7 | $15.7 |
| Other | $0.0 | -$6.0 | -$3.9 | -$11.8 | -$28.7 | -$25.7 | | | | -$28.7 | -$28.7 | -$28.7 | -$28.7 | -$28.7 | -$28.7 | -$28.7 | -$28.7 |
| **Net Cash from Financing Activities** | **$47.7** | **$235.0** | **-$33.1** | **-$11.5** | **-$107.8** | **-$21.8** | | | | **$857.0** | **-$33.0** | **-$33.0** | **-$33.0** | **-$33.0** | **-$33.0** | **-$33.0** | **-$33.0** |
| Foreign Currency Effect | $0.0 | -$0.1 | -$0.1 | $0.0 | -$0.3 | $0.2 | | | | -$0.3 | -$0.3 | -$0.3 | -$0.3 | -$0.3 | -$0.3 | -$0.3 | -$0.3 |
| Beginning Cash and Cash Equivalents | $22.8 | $28.4 | $72.6 | $47.6 | $97.5 | $221.4 | | | | $221.4 | $1,304.7 | $1,572.6 | $1,958.0 | $2,475.1 | $3,146.6 | $4,010.3 | $5,052.3 |
| Net Change | $5.6 | $44.3 | -$25.0 | $49.9 | $123.9 | $54.754 | | | | $1,083.2 | $267.9 | $385.4 | $517.1 | $671.5 | $863.7 | $1,042.0 | $1,241.2 |
| **Ending Cash and Cash Equivalents** | **$28.4** | **$72.6** | **$47.6** | **$97.5** | **$221.4** | **$276.2** | | | | **$1,304.7** | **$1,572.6** | **$1,958.0** | **$2,475.1** | **$3,146.6** | **$4,010.3** | **$5,052.3** | **$6,293.5** |
| Informational | | | | | | | | | | | | | | | | | |
| Cash and cash equivalent | $27.3 | $71.8 | $46.8 | $96.7 | $220.6 | $273.7 | | | | $1,303.8 | $1,571.7 | $1,957.2 | $2,474.3 | $3,145.8 | $4,009.5 | $5,051.4 | $6,292.6 |
| Restricted cash | $1.0 | $0.9 | $0.9 | $0.9 | $0.9 | $1.2 | | | | $0.9 | $0.9 | $0.9 | $0.9 | $0.9 | $0.9 | $0.9 | $0.9 |
| Total Cash & Equivalents incl. Restricted | $28.4 | $72.6 | $47.6 | $97.5 | $221.4 | $275.0 | | | | $1,304.7 | $1,572.6 | $1,958.0 | $2,475.1 | $3,146.6 | $4,010.3 | $5,052.3 | $6,293.5 |
| Free Cash Flow Metrics | | | | | | | | | | | | | | | | | |
| Free Cash Flow | -$6.7 | -$39.4 | -$33.8 | $47.0 | $198.3 | $50.1 | | | | $241.9 | $316.6 | $434.1 | $565.8 | $720.2 | $912.3 | $1,090.6 | $1,289.9 |
| FCF Conversion Ratio | NM | NM | NM | 148% | 142% | 120% | | | | 124% | 119% | 111% | 107% | 104% | 102% | 101% | 101% |
| Free Cash Flow Per Share | -$0.2 | -$0.2 | -$0.2 | $0.2 | $0.8 | $0.2 | | | | $1.0 | $1.3 | $1.8 | $2.3 | $2.9 | $3.7 | $4.4 | $5.2 |

*Source: Company Reports and Truist Securities Estimates*

| HIMS Balance Sheet ($MM) | 2020 | 2021 | 2022 | 2023 | 2024 | 1Q25 | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $28.4 | $72.6 | $47.6 | $97.5 | $221.4 | $275.0 | | | | $1,304.7 | $1,572.6 | $1,958.0 | $2,475.1 | $3,146.6 | $4,010.3 | $5,052.3 | $6,293.5 |
| Short-term Investments | $72.9 | $175.5 | $132.9 | $124.3 | $79.7 | $48.9 | | | | $79.7 | $79.7 | $79.7 | $79.7 | $79.7 | $79.7 | $79.7 | $79.7 |
| Inventory | $3.5 | $13.6 | $21.6 | $22.5 | $64.4 | $76.1 | | | | $70.0 | $87.1 | $103.8 | $123.3 | $146.1 | $173.1 | $205.0 | $242.6 |
| Prepaid Expenses and other Current Assets | $9.3 | $9.1 | $15.4 | $21.6 | $31.2 | $48.2 | | | | $48.6 | $62.8 | $76.6 | $91.0 | $107.8 | $127.7 | $151.3 | $179.0 |
| **Total Current Assets** | **$114.1** | **$270.8** | **$217.5** | **$265.9** | **$396.7** | **$448.2** | | | | **$1,502.9** | **$1,802.2** | **$2,218.0** | **$2,769.0** | **$3,480.1** | **$4,390.8** | **$5,488.2** | **$6,794.7** |
| | | | | | | | | | | | | | | | | | |
| Goodwill | $0.0 | $110.9 | $110.9 | $110.9 | $112.7 | $117.8 | | | | $128.1 | $143.5 | $158.9 | $174.3 | $189.7 | $205.1 | $220.5 | $235.9 |
| Intangible Assets | $0.1 | $25.9 | $21.8 | $18.6 | $43.4 | $43.4 | | | | $168.9 | $334.0 | $535.4 | $776.5 | $1,064.3 | $1,407.9 | $1,817.5 | $2,305.3 |
| Operating Lease ROU Assets | $0.0 | $5.1 | $4.9 | $9.6 | $10.9 | $62.2 | | | | $10.9 | $10.9 | $10.9 | $10.9 | $10.9 | $10.9 | $10.9 | $10.9 |
| Other Assets | $4.5 | $7.9 | $11.2 | $36.2 | $143.8 | $220.1 | | | | $143.8 | $143.8 | $143.8 | $143.8 | $143.8 | $143.8 | $143.8 | $143.8 |
| **Total Assets** | **$118.7** | **$420.6** | **$366.3** | **$441.2** | **$707.5** | **$891.7** | | | | **$1,954.6** | **$2,434.4** | **$3,067.0** | **$3,874.5** | **$4,888.9** | **$6,158.5** | **$7,681.0** | **$9,490.6** |
| | | | | | | | | | | | | | | | | | |
| Accounts Payable | $8.1 | $19.6 | $32.4 | $43.1 | $91.2 | $108.9 | | | | $99.4 | $126.9 | $150.5 | $174.8 | $203.6 | $237.0 | $280.0 | $330.9 |
| Accrued Liabilities | $5.0 | $12.2 | $12.4 | $29.0 | $53.0 | $56.9 | | | | $80.5 | $102.8 | $121.8 | $141.6 | $164.8 | $191.9 | $226.7 | $267.9 |
| Deferred Revenue | $1.3 | $3.2 | $1.5 | $7.7 | $75.3 | $110.8 | | | | $85.3 | $95.3 | $105.3 | $115.3 | $125.3 | $135.3 | $145.3 | $155.3 |
| Earn-out payable | $0.0 | $42.8 | $0.0 | $7.4 | $0.0 | $0.0 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Operating Lease Liabilities | $0.0 | $1.4 | $1.7 | $1.3 | $1.9 | $3.7 | | | | $1.9 | $1.9 | $1.9 | $1.9 | $1.9 | $1.9 | $1.9 | $1.9 |
| Other Liabilities | $0.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Current Liabilities** | **$15.2** | **$79.2** | **$47.9** | **$88.5** | **$221.4** | **$280.4** | | | | **$267.1** | **$326.9** | **$379.5** | **$433.6** | **$495.6** | **$566.1** | **$653.9** | **$756.0** |
| | | | | | | | | | | | | | | | | | |
| Operating Lease Liabilities, Net of Current | $0.0 | $4.1 | $3.6 | $8.7 | $9.5 | $59.6 | | | | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 |
| Earn-out liabilities | $0.0 | $2.0 | $3.0 | $0.0 | $0.0 | $2.4 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other long term Liabilities | $0.4 | $0.6 | $0.0 | $0.0 | $0.0 | $0.0 | | | | $870.0 | $870.0 | $870.0 | $870.0 | $870.0 | $870.0 | $870.0 | $870.0 |
| **Total Liabilities** | **$15.6** | **$86.0** | **$54.6** | **$97.2** | **$230.8** | **$342.5** | | | | **$1,146.6** | **$1,206.4** | **$1,258.9** | **$1,313.0** | **$1,375.0** | **$1,445.5** | **$1,533.4** | **$1,635.4** |
| | | | | | | | | | | | | | | | | | |
| Common Stock | $250.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Paid-In Capital | $24.4 | $613.7 | $656.6 | $712.3 | $719.2 | $742.1 | | | | $919.3 | $1,142.3 | $1,415.1 | $1,739.8 | $2,125.3 | $2,583.0 | $3,126.0 | $3,769.1 |
| Accumulated other comprehensive loss | $0.0 | -$0.1 | -$0.3 | -$0.1 | -$0.3 | -$0.2 | | | | -$0.6 | -$0.9 | -$1.1 | -$1.4 | -$1.7 | -$1.9 | -$2.2 | -$2.5 |
| Accumulated Deficit | -$171.3 | -$279.0 | -$344.6 | -$368.2 | -$242.1 | -$192.7 | | | | -$110.6 | $86.6 | $394.2 | $823.1 | $1,390.2 | $2,131.8 | $3,023.9 | $4,088.5 |
| **Total Stockholder's Equity** | **$103.1** | **$334.6** | **$311.7** | **$344.0** | **$476.7** | **$549.3** | | | | **$808.0** | **$1,228.1** | **$1,808.1** | **$2,561.5** | **$3,513.9** | **$4,712.9** | **$6,147.6** | **$7,855.2** |
| | | | | | | | | | | | | | | | | | |
| **Total Liabilities & Stockholders Equity** | **$118.7** | **$420.6** | **$366.3** | **$441.2** | **$707.5** | **$891.7** | | | | **$1,954.6** | **$2,434.4** | **$3,067.0** | **$3,874.5** | **$4,888.9** | **$6,158.5** | **$7,681.0** | **$9,490.6** |

*Source: Company Reports and Truist Securities Estimates*

## Company Description

Hims & Hers Health Inc. (HIMS) is a tele-health company founded in 2017 that offers consultations with licensed healthcare professionals and sells prescription and over-the-counter medications online as well as other products relating to personal care.

## Investment Thesis

HIMS' platform offers customers a care platform for chronic conditions that are often highly stigmatized. The company's recent results have been impressive, with the company now having a direct line of sight towards achieving profitability in NT. However, the DTC nature of business (our LT margin outlook for HIMS is LDD vs its outlook of 25-35%) means the company will need to continue to spend heavily on marketing etc. to acquire customers. Further, the current inflationary environment, if it continues to persist, also represents a risk. Our rating is Hold.

## Valuation and Risks

Our price target of $45 is based on shares trading at roughly 24x our 2026 adjusted EBITDA estimate. Our 24x PT multiple is derived from a Sum of the Parts valuation method that applies a 25x EV/EBITDA on our non-GLP-1 2026 EBITDA estimates and a 20x EV/EBITDA on our GLP-1 EBITDA estimate.The compounding GLP-1 market remains a gray area with many unknowns around litigation, potential consumer concerns, and FDA scrutiny, etc. Additionally, this multiple includes our assumptions of: 1) Continued growth in online orders (AOV and Net Orders), driven by expansions in multi-month orders and new product categories, 2) Marketing & advertising spend relatively stable driven by the omnichannel marketing strategy and HIMS mobile app contributing to customer retention, 3) Improving operating leverage, driven by investments in internal pharmacy fulfillment centers, platform, and technology, and 4) Continued growth in Wholesale revenues, driven by strong relationships in retailer partnerships.

Upside risks to our rating and price target include recent growth in AOVs and Net Orders coming in faster than anticipated, higher than expected compounded GLP-1 traction, and higher than expected margin improvements. Downside risks to our rating and price target include market getting more competitive resulting in gross margin pressure, unknown risks playing out from compounded GLP-1 offering, and an increase in the company's member churn rate.

## Companies Mentioned in This Note

**Hims & Hers Health, Inc.** (HIMS, $55.21, Hold, Jailendra Singh)
**Humana Inc.** (HUM, $252.86, Hold, David MacDonald)
LifeMD (LFMD, NR)
Novo (NVO, NR)
Ro (private)

## Analyst Certification

I, Jailendra Singh , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: HIMS-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



**Rating and Price Target History for: Hims & Hers Health, Inc. (HIMS-US) as of 05-12-2025**

Created by: BlueMatrix

# Important Disclosures on Equity Research Dissemination, Ratings, Designations, and Coverage Universe

## Dissemination of Research

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

## Truist Securities Rating System for Equity Securities

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 05/13/2025):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 437 | 65.13% | Buy | 69 | 15.79% |
| Hold | 233 | 34.72% | Hold | 32 | 13.73% |
| Sell | 1 | 0.15% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein. Certain clients may compensate Truist Securities, Inc. for research via hard dollar payments, and Truist Securities, Inc. may be deemed to be an investment adviser to such clients as a result of such payments.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2025. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070