# EXHIBIT 9

# How Novo Nordisk's pact with Hims & Hers blew up in a war of words

**wp** washingtonpost.com/business/2025/07/14/hims-hers-novo-nordisk-partnership

Daniel Gilbert                                                                 July 14, 2025



When telehealth executive Andrew Dudum received a email wishing him a happy Father's Day last month, he took it as a sign of the strong relationship he'd cultivated with a key partner. He did not see the signs that it was about to implode.

The sender was Dave Moore, the top U.S. executive for Novo Nordisk, the Denmark-based manufacturer of blockbuster weight-loss drug Wegovy. In a surprising move, Novo Nordisk joined forces in April with Dudum's telehealth company, Hims & Hers, in a bid to expand sales of Wegovy to the growing pool of online patients.

It was an unlikely partnership from the start. Hims & Hers was selling an imitation version of Wegovy — a practice that Novo Nordisk had scorned as illegal and unsafe. But both sides appeared to have set aside their differences when they announced their deal for Hims & Hers to carry discounted Wegovy on April 29. Less than two months later, the collaboration blew up.

Dudum, in an exclusive interview with The Washington Post, recounted the tale of the short-lived marriage, from a celebratory dinner in Princeton, New Jersey, to growing tensions in mid-June, to a breakup via press release.

Dudum said Novo Nordisk's tone changed overnight as it demanded that Hims & Hers stop offering its pharmacy-made weight-loss drug — a significant part of Hims & Hers' business.

"It was email after email of, 'What are you going to do?'" said Dudum, who considered the demands inappropriate. "We were just kind of shocked."

The crack-up has emerged as the latest front in the brawl over consumers' access to cheaper, imitation versions of the most popular weight-loss drugs on the market. While Novo Nordisk has pushed aggressively to end the business of copycat weight-loss drugs, the dispute with Hims & Hers shows the fight isn't yet over and could be headed for the courts.

Novo Nordisk raised the potential for litigation against the telehealth companyin a statement, saying that it ended the partnership over concerns about the legality and safety of Hims & Hers' off-brand weight-loss offering.

"I was definitely surprised by how quickly the relationship soured," said Ryan MacDonald, an analyst for Needham & Co. He assumed the companies had worked through their differences before joining forces. "Clearly, that wasn't the case," he said.

## 'There was no pushback'

The Danish drugmaker, with its buttoned-up culture, and the splashy San Francisco telehealth provider, were not natural allies.

Novo Nordisk, whose roots trace to the 1920s, helped ignite the frenzy for weight-loss drugs with semaglutide, the active ingredient in Wegovy and Ozempic.

Hims & Hers, which got its start selling drugs for erectile dysfunction and hair loss, became a publicly traded company in 2021. Dudum casts the telehealth firm as a health care disrupter on the scale ofNetflix, aiming to disrupt Big Pharma.

Starting last year, Novo Nordisk and Hims & Hers staked out opposite sides in a dispute over weight-loss drugs. The fight began when Novo Nordisk couldn't keep up with demand for Wegovy and Ozempic, leading the Food and Drug Administration to put both semaglutide-based drugs on its shortage list. Under FDA rules, that opened the door for compounding pharmacies to make their own versions — and for firms like Hims & Hers to capitalize on the demand for a cheaper weight-loss shot.

The FDA doesn't review compounded medications for safety or effectiveness and has warned that in general they aren't as safe as those that go through its rigorous approval process.

Hims & Hers took out a 60-second in February that criticized brand-name weight-loss drugs as "priced for profits, not patients." Novo Nordisk repeatedly criticized compounded weight-loss drugs as dangerous and has filed more than 100 lawsuits over the issue.

The FDA declared an end to the shortage of semaglutide in February, requiring Hims & Hers and others to stop offering compounded copies. Novo Nordisk, meanwhile, was under pressure to expand its market share while facing intense competition from rival Eli Lilly.

On April 11, Dudum and his top lieutenants arrived at Novo Nordisk's U.S. headquarters in Plainsboro, New Jersey. They met for a couple of hours with Moore and his leadership team, and directly raised the biggest point of friction, according to Dudum: Hims & Hers planned to continue offering "personalized" doses of compounded semaglutide under a regulation that allows for modifying a prescription drug if clinicians determine it makes a "significant difference" for an individual patient.

"To be totally honest, there was no pushback," Dudum said. There was "dissatisfaction" among the NovoNordisk team that Hims& Hers wasn't dropping compounded semaglutide altogether, he said, "but we made it very clear and there really was no hearty debate on this issue."

The two teams then headed out to dinner at Mediterra, an upscale restaurant in Princeton, where Dudum said the deal was sealed.

Novo Nordisk declined to comment on specifics of Dudum's account. "We don't disclose private business conversations," said Liz Skrbkova, a spokeswoman. "Every company we work with is aware of our stance and expectations."

In an interview with The Washington Post on April 29, the day the partnership was announced, Moore said Novo Nordisk was partnering with Hims & Hers because more people were seeking care through telehealth. "That's where the patients are, and that's where we need to be." As for Hims' practice of compounding, Moore said, "Compounding is illegal except for rare circumstances. We believe everyone will follow the rules."

## A change in the weather

Dudum said he and Moore texted regularly and that their leadership teams had a standing weekly meeting, where Hims & Hers provided insights on how Wegovy was performing on its platform.

The two companies were discussing a new product, in which Novo Nordisk would make vials of Wegovy and Hims & Hers would sell it under its brand, according to Dudum.

Within days of Dudum getting a Father's Day greeting from Moore, Novo Nordisk had changed its tune, he said. His team was suddenly under pressure to prioritize Wegovy over compounded semaglutide. The message, he recalled, was "You need to stop allowing any type of personalization."

"This looks like something Dave and I are going to have to talk about," Dudum recalled thinking. He had less time than he thought.

On June 23, Novo Nordisk — without notifying Hims & Hers — announced to the public that it was ending the partnership in a [press release](). Dudum said hefelt blindsided. Hims & Hers' stock plummeted about 35 percent that day, erasing roughly $5 billion in value.

Skrbkova, the Novo Nordisk spokeswoman, said in a statement that Hims & Hers "failed to adhere to the laws prohibiting mass sales of compounded drugs under the false guise of 'personalization,'" adding that "what we were seeing necessitated us to act to protect patient safety and end the collaboration."

Hims & Hers fired back that Novo Nordisk was attempting to improperly meddle in its medical providers' decisions. Its compounded semaglutide meets "all applicable regulatory requirements," the company said.

Dudum said he wouldn't rule out working with Novo Nordisk in the future. The company continues to offer Wegovy on its platform, for the retail price of $2,000 a month — 10 times the cost of its compounded semaglutide.